**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-26649 |
| | ) | |
| **WEBSTER SHEET METAL** | ) | Chapter 7 |
| **FABRICATORS, INC.,** | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF TRUSTEE'S FILING OF FINAL REPORT OF AUCTION SALE**

  Please take notice that on January 19, 2006, in accordance with the Order and Notice Approving Auction and Auction Procedures, and Setting Auction Date, for Sale of Certain Estate Property, dated November 29, 2005 (the "Order"), an auction for the assets of the above-captioned debtor (the "Debtor") was held at the Debtor's premises located at 13831 South Kostner Avenue, Crestwood, Illinois. Pursuant to the Order, the Trustee hereby files the Final Report of Auction Sale of Webster Sheet Metal, Inc. (the "Auction Report"), which was prepared by the auctioneer Winternitz, Inc. ("Winternitz") and which provides an itemized accounting of the proceeds obtained from the sale of such assets. A copy of the Auction Report is annexed hereto as Exhibit A.

  The estate received $273,551.40 in net proceeds from the auction (see "Wire Transfer" on page 2 of the Report). The Auction Report reflects the fact that a certain 2003 Chevrolet Silverado, VIN 1GBJC34U43E234437, was removed from the list of items to be sold by Winternitz due to General Motors Acceptance Corporation's court-approved repossession of the vehicle the day prior to the auction. In finalizing Winternitz's compensation after the auction, the Trustee determined that Winternitz should be compensated as though it had actually sold the repossessed vehicle in order to be consistent with the assumptions in Winternitz's original pricing proposal.

  Pursuant to the Order, this Notice has been served on the United States Trustee and filed with the Court. The Trustee has also served copies of this Notice on counsel to First Midwest Bank and the other persons listed on the service list. Any questions regarding the Auction Report or this Notice may be directed to: Neville Reid at 312-701-7934 or Reiko Suber 312-701-8168.

Dated:  March 21, 2006
                 N. NEVILLE REID, AS
                 TRUSTEE OF THE ESTATE OF
                 WEBSTER SHEET METAL
                 FABRICATORS, INC.

                 By:  __/s/Amy S. Korte_____
                    One of his attorneys

MAYER, BROWN, ROWE & MAW LLP
N. Neville Reid, Esq.(ARDC # 6195837)
Amy S. Korte (ARDC # 6270100)
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
Counsel to the Trustee