**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 05-26649 |
| WEBSTER SHEET METAL | ) | |
| FABRICATORS, INC. | ) | Hon. Carol A. Doyle, Presiding |
| | ) | |
| Debtor. | ) | **Hearing Date: September 1, 2011** |
| | ) | **Hearing Time: 10:00 a.m.** |

**NOTICE OF FINAL APPLICATION OF POPOWCER KATTEN, LTD., FOR
ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES</u>**

TO:     SEE ATTACHED SERVICE LIST

  PLEASE TAKE NOTICE that on Thursday, September 1, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Courtroom 742, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of Popowcer Katten, Ltd., for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses**, at which time and place you may appear as you see fit.

Dated: August 11, 2011        **POPOWCER KATTEN, LTD.**

                *By: /s/ Elizabeth Peterson*
                 Fox, Hefter, Swibel, Levin & Carroll, LLP,
                 General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 05-26649 |
| WEBSTER SHEET METAL | ) | |
| FABRICATORS, INC., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | **Hearing Date: September 1, 2011** |
| | ) | **Hearing Time: 10:00 a.m.** |

### FINAL APPLICATION OF POPOWCER KATTEN, LTD., FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd. ("PK"), tax accountant for N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Webster Sheet Metal Fabricators, Inc. (the "Debtor"), by and through counsel for the Trustee, files this application ("Application") for allowance and final payment of an administrative claim in the amount of $10,890.83, consisting of $10,884.00 in fees and $6.83 in expenses, for the period of January 6, 2006 through March 23, 2011 (the "Application Period"). In support of this Application, PK states the following:

### INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**BACKGROUND**

3. On July 5, 2005 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). On October 4, 2005, the Bankruptcy Court converted this proceeding to Chapter 7 of the Bankruptcy Code. Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. On January 18, 2006, the Court entered a final order granting the Trustee's application to retain PK as collection agent and liquidation consultant, retroactive January 6, 2006. [Dkt. 114.]

**REQUESTED RELIEF**

5. PK files this Application for approval of the Interim Payments and to be allowed an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee during the Application Period.

6. Attached as Exhibit A to this Application are the detailed billing records of PK.

7. Attached as Exhibit B to this Application is a summary of out-of-pocket expenses incurred by PK.

**PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD**

8. During the Application Period, PK has performed the following services on behalf of the Trustee:

   A. Gathered data, prepared and reviewed federal and state corporate tax returns for 2005, 2006, 2007, 2008, 2009, and 2010, and applied for extensions when necessary;

   B. Reviewed quarterly payroll tax statements and supporting documentation

2

        for the purpose of reconciling the 941's and W-2's;

C.    Reviewed the claim filed by the Internal Revenue Service against the Estate, and assisted the Trustee with the response to the same;

D.    Resolved issues between the Estate and the Indiana Department of Revenue; and

E.    Assisted with the preparation of this Application and the supporting exhibits.

## APPROPRIATENESS OF FEES

9.    The total amount of fees for professional services performed during the Application Period sought by PK in this Application is $10,884.00.

10.    The professional services provided by PK to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by PK is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. PK undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

11.    PK's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. PK has reviewed the bills to ensure their accuracy.

12.    PK's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among collection agents and liquidation consultants for the work performed.

13.    PK's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the

Estate.

## PK EXPENSE POLICIES

14. PK charges clients for actual out-of-pocket expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees.

15. The expenses sought by PK in this Application relate to postage, and were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which PK seeks reimbursement is $6.83.

## NOTICE

16. Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, PK submits that no further notice is required.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, PK requests entry of an order approving the Interim Payments; allowing it an administrative claim in the amount of $10,890.83, consisting of $10,884.00 in fees and $6.83 in expenses, and allowing the Trustee to pay the same; and granting such other and further relief as this Court deems just.

Dated: August 11, 2011                     Respectfully submitted,

**POPOWCER KATTEN, LTD.**

By:     */s/ Elizabeth Peterson*
    One of its Attorneys, General Bankruptcy Counsel to N. Neville Reid, the Chapter 7 Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

5