UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
Webster Sheet Metal Fabricators           §     Case No. 05-26649
                                          §
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

            Clerk for the U.S. Bankruptcy
            Northern District of Illinois
            219 South Dearborn Street
            Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/29/2011 in Courtroom 742,

            United States Courthouse
            219 South Dearborn Street
            Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2011           By: N. Nevile Reid
                                      Trustee


N. Neville Reid
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Webster Sheet Metal Fabricators | § | Case No. 05-26649 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000032 | General Motors Acceptance Corporation | $ | $ | $ | $ |
| 000033 | General Motors Acceptance Corporation | $ | $ | $ | $ |
| 000034 | General Motors Acceptance Corporation | $ | $ | $ | $ |
| 000038B | Illinois Dept of Employment Security | $ | $ | $ | $ |
| 000059 | Falls Mechanical Insulation, Inc. | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000064B | Department of the Treasury | $ | $ | $ | $ |
| 000066B | Department of the Treasury | $ | $ | $ | $ |
| 000089B | Department of the Treasury | $ | $ | $ | $ |
| 000091 | First Midwest Bank | $ | $ | $ | $ |

Total to be paid to secured creditors      $_____

Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Trustee Expenses: N. Neville Reid | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: Ken Novak & Associates | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ | $ | $ |

Total to be paid for prior chapter administrative expenses      $_____

Remaining Balance      $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038C | Illinois Dept of Employment Security | $ | $ | $ |
| 000051 | Illinois Dept. Of Revenue Bankruptcy Unit | $ | $ | $ |
| 000052 | Illinois Dept. Of Revenue Bankruptcy Unit | $ | $ | $ |
| 000061B | Sheet Metal Workers' Natl Pension Fund | $ | $ | $ |
| 000089C | Department of the Treasury | $ | $ | $ |
| 000092B | Sheet Metal Worker's Local #73 and | $ | $ | $ |
| 000093 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DP SYSTEMS INC. | $ | $ | $ |
| 000005 | MID-WAY ZION BRANCH | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | WAGNER & COMPANY, C. C. | $ | $ | $ |
| 000007 | IMPERIAL CRANE SERVICE | $ | $ | $ |
| 000008 | SAVAGLIO BROS. INC. | $ | $ | $ |
| 000009 | CHICAGO SUBURBAN EXPRESS INC | $ | $ | $ |
| 000013 | MASTER MACHINE & REPAIR CORP. | $ | $ | $ |
| 000015 | VENTFABRICS INC | $ | $ | $ |
| 000016 | Ford Motor Credit Company | $ | $ | $ |
| 000017 | Ford Motor Credit Company | $ | $ | $ |
| 000018 | WIRTZ RENTAL COMPANY | $ | $ | $ |
| 000019 | MCMASTER-CARR SUPPLY COMPANY | $ | $ | $ |
| 000020 | HOLLAND APPLIED TECHNOLOGIES | $ | $ | $ |
| 000021 | SPRINGER BLUE PRINT SVC INC. | $ | $ | $ |
| 000023 | Hagerty Steel & Aluminum Co | $ | $ | $ |
| 000024 | VESCO INC. | $ | $ | $ |
| 000025 | GREAT LAKES METALS CORPORATION | $ | $ | $ |
| 000026 | Nextel West Corp | $ | $ | $ |
| 000027 | DANIELS PRINTING & OFFICE SUPPLY | $ | $ | $ |
| 000028 | R.H. DONNELLEY | $ | $ | $ |
| 000030 | Zep Manufacturing Company | $ | $ | $ |
| 000031 | INTERSTATE SCAFFOLDING INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Citibank USA NA dba OFFICEMAX | $ | $ | $ |
| 000036 | INDUSTRIAL TRADE SUPPLY INC. | $ | $ | $ |
| 000037 | LINDE GAS LLC | $ | $ | $ |
| 000039 | FLASH FAB | $ | $ | $ |
| 000040 | Citibank USA NA | $ | $ | $ |
| 000042 | Citibank USA NA | $ | $ | $ |
| 000043 | WHITE SAND ABRASIVES | $ | $ | $ |
| 000044 | PLASTIC SALES & MANUFACTURING | $ | $ | $ |
| 000045 | INSTRUMENT ASSOC. INC. | $ | $ | $ |
| 000047 | AFCO Credit Corporation | $ | $ | $ |
| 000048 | HOUSE OF SAFETY INC., THE | $ | $ | $ |
| 000049 | Cingular Wireless | $ | $ | $ |
| 000053 | VENT PRODUCTS CO. INC | $ | $ | $ |
| 000054 | CLEATS MANUFACTURING COMPANY | $ | $ | $ |
| 000055 | TEK MIDWEST | $ | $ | $ |
| 000056 | LA GRANGE CRANE SERVICE INC. | $ | $ | $ |
| 000057 | American Express Travel Related Svcs Co | $ | $ | $ |
| 000061A | Sheet Metal Workers' Natl Pension Fund | $ | $ | $ |
| 000062 | CHICAGO OFFICE PRODUCTS CO. | $ | $ | $ |
| 000063 | ELECTRICAL FASTENERS COMPANY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000065 | PHOENIX AIR CONTROL INC | $ | $ | $ |
| 000067 | SCHECHTER, RENETTE | $ | $ | $ |
| 000068 | Swift Saw & Tool Supply | $ | $ | $ |
| 000069 | OILIND SAFETY | $ | $ | $ |
| 000070 | SOUTH SIDE CONTROL SUPPLY CO | $ | $ | $ |
| 000071 | PACO CORPORATION | $ | $ | $ |
| 000072 | NES RENTALS | $ | $ | $ |
| 000073 | EXCALIBUR REFRESHMENT CONCEPTS INC. | $ | $ | $ |
| 000074 | LITGEN CONCRETE CUTTING & CORING CO. | $ | $ | $ |
| 000075 | MORONEY & CO., JOHN J. | $ | $ | $ |
| 000076 | LAURENCE COMPANY INC., C. R. | $ | $ | $ |
| 000077 | Groen Waste Services | $ | $ | $ |
| 000078 | MIDWEST SPECIALTY METALS INC. | $ | $ | $ |
| 000079 | THREE RIVERS SAFETY COUNCIL | $ | $ | $ |
| 000080 | AMERICAN PRECISION SUPPLY | $ | $ | $ |
| 000081 | COLUMBIA PIPE & SUPPLY CO. | $ | $ | $ |
| 000082 | MIDWEST SUBURBAN PUBLISHING | $ | $ | $ |
| 000083 | QUALITY CRANE SERVICE INC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000084 | TERRACE SUPPLY | $ | $ | $ |
| 000085 | STEEL SALES & SERVICES INC. | $ | $ | $ |
| 000086 | CONTROL'D ENGINEERING SUPPLY | $ | $ | $ |
| 000090 | Employers Mutual Casualty Company | $ | $ | $ |
| 000092A | Sheet Metal Worker's Local #73 and | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038A | Illinois Dept of Employment Security | $ | $ | $ |
| 000089A | Department of the Treasury | $ | $ | $ |

Total to be paid to subordinated unsecured creditors  $_____

Remaining Balance  $_____

                                        Prepared By: /s/N. Neville Reid
                                                                                  Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.