UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Webster Sheet Metal Fabricators | ) | Case No. 05-26649-CAD |
| | ) | |
| | ) | Hon. CAROL A. DOYLE |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE CAROL A. DOYLE

NOW COMES N. Neville Reid, Trustee herein, pursuant to 11 U.S.C. §330, and requests $43,642.43 as compensation and $1,500.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $807,848.51. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $37,892.43 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $43,642.43 | |

**EXHIBIT E**

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $1,500.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this __26th__ day of __October___, 2011.

/s/ N. Neville Reid
SIGNATURE

200 W. MADISON, SUITE 3000
CHICAGO, IL 60606
ADDRESS

# Mayer Brown LLP
230 South LaSalle Street
Chicago, Illinois 60604-1404

Invoice Number 34079698                                  Firm Tax ID No.: 36-1447220

N. Neville Reid, as Trustee for the Estate of Webster Sheet
Mayer, Brown, Rowe & Maw
71 South Wacker Drive
Chicago, IL  60606

Attn: N. Neville Reid                                    October 28, 2009

For professional services rendered for the period ended September 30, 2009

Re:   Chapter 7 (trustee time)
      Matter No: 05134382

| | |
|---|---:|
| Fees | $52,312.50 |
| Other Charges | 219.84 |
| **Total Fees and Other Charges** | **$52,532.34** |

Reminder statements will be sent for outstanding invoices.

Mayer Brown LLP

05134382     Page 2
N. Neville Reid, as Trustee for the Estate of Webster     Curry, David S.
Chapter 7 (trustee time)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 10/06/05 | **Reid, N. Neville**<br>Discussion with Dan Dodge regarding securing property (0.2); attempted call to auctioneer regarding offer to purchase (0.1); revising strategy re: same (0.5). | 0.80 |
| 10/06/05 | **Reid, N. Neville**<br>Discussion with debtor's counsel (0.3) and bank counsel (0.3) regarding status of property, auction and related issues. | 0.60 |
| 10/07/05 | **Reid, N. Neville**<br>Discussion with D. Dodge regarding status, collateral; calls to potential bidders regarding same. | 0.80 |
| 10/10/05 | **Reid, N. Neville**<br>Calls to bank counsel (potential bidders) regarding offer to acquire assets. | 0.50 |
| 10/11/05 | **Reid, N. Neville**<br>Resolve issues regarding insurance. | 0.50 |
| 10/12/05 | **Reid, N. Neville**<br>Resolve offers, wire transfers and discussion with A. Korte regarding same. | 0.30 |
| 10/14/05 | **Reid, N. Neville**<br>Edit/revise pleadings; conference calls with professionals to assist in liquidation; emails to potential bidders. | 1.00 |
| 10/15/05 | **Reid, N. Neville**<br>Review offer/send emails regarding liquidation. | 0.50 |
| 10/17/05 | **Reid, N. Neville**<br>Further review assets, pleadings; prepare for sale of collateral and make calls; emails regarding same. | 0.30 |
| 10/18/05 | **Reid, N. Neville**<br>Further discussion with A. Korte/D. Dodge/bidders regarding offers; edit/revise stipulation regarding same. | 0.40 |
| 10/24/05 | **Reid, N. Neville**<br>Discussion with A. Korte regarding status, and with K. Novak regarding receivables issues. | 0.20 |
| 10/25/05 | **Reid, N. Neville**<br>Discussion with A. Korte and emails regarding bank counsel, potential debtor's counsel regarding general case administration. | 2.50 |
| 10/26/05 | **Reid, N. Neville**<br>On-site examination regarding receivables and records and account turnover; calls and emails regarding insurance and discussion with J. Webster and offers regarding same; emails regarding insurance and discussion with bank's counsel regarding update insurance, receivables and related issues. | 2.00 |
| 10/27/05 | **Reid, N. Neville**<br>Discussion with Winternitz (potential bidders) regarding revised offer; and discussion with A. Korte regarding same. | 0.70 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 3  
Curry, David S.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 10/27/05 | **Reid, N. Neville**<br>Resolve issues regarding security, receivables collection. | 0.50 |
| 10/28/05 | **Reid, N. Neville**<br>Further resolve issues, send emails regarding insurance/receivables issues; discussion with A. Smith regarding same. | 2.20 |
| 11/02/05 | **Reid, N. Neville**<br>Discussion with J. Webster regarding process/effect change of address and P.O. Box and meeting with J. Webster regarding same; and discussion with K. Novak regarding receivables issues; further emails and analysis regarding insurance issues, further analyze offers regarding personal property; discussion with A. Korte and D. Dodge regarding same. | 2.00 |
| 11/08/05 | **Reid, N. Neville**<br>Resolve insurance issues with A. Smith and calls/emails regarding same. | 0.25 |
| 11/08/05 | **Reid, N. Neville**<br>Resolve offer/bid/auction issues with Winternitz and D. Dodge. | 0.30 |
| 11/09/05 | **Reid, N. Neville**<br>Pay utility bills and discussion with K. Novak regarding Kraft. | 0.30 |
| 11/10/05 | **Reid, N. Neville**<br>Discussion/analysis regarding potential conflict issue involving Kraft and resolving same; further resolve insurance issues. | 1.70 |
| 11/11/05 | **Reid, N. Neville**<br>Resolve potential conflict issue regarding Kraft; prepare for/participate in conference call with K. Novak and A. Korte regarding receivables; draft/send emails regarding insurance and offer issues. | 0.60 |
| 11/14/05 | **Reid, N. Neville**<br>Discussion with C. Winternitz and bank counsel regarding revising offer and edit/revise offer regarding same; cover letter and emails regarding purchase of insurance; discussions/emails regarding receivables collection, abandonment motion, resolving conflict with Kraft. | 1.30 |
| 11/15/05 | **Korte, Amy S.**<br>Drafting motion to abandon A/Rs. | 4.60 |
| 11/15/05 | **Reid, N. Neville**<br>Discussion with A. Korte regarding status conference. | 0.20 |
| 11/16/05 | **Korte, Amy S.**<br>Reviewing, revising and editing motion to abandon A/Rs and order regarding same. | 4.60 |
| 11/16/05 | **Reid, N. Neville**<br>Further resolve issues regarding collection of receivables, additional billings; edit/revise pleadings regarding retention of Winternitz and auction, motion of auction; edit/revise receivables demand letter; review UCC's of bank. | 1.50 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 4  
Curry, David S.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 11/17/05 | **Korte, Amy S.** Telephone call with N. Reid regarding changes to abandonment motion. | 0.40 |
| 11/21/05 | **Reid, N. Neville** Conference call with K. Novak regarding receivables. | 0.70 |
| 11/21/05 | **Reid, N. Neville** Sign receivables letters. | 0.30 |
| 11/21/05 | **Reid, N. Neville** Discussion with R. Suber/Amy Korte/Winternitz regarding Winternitz proposal; edit/revise letter to Winternitz regarding proposal, discussion with Bank counsel regarding auction and bank statements. | 0.50 |
| 11/22/05 | **Reid, N. Neville** Dialogue with A. Korte/R. Suber regarding strategy, Winternitz auction, related issues; draft letter and emails regarding utility bills and collection issues. | 0.30 |
| 11/28/05 | **Reid, N. Neville** Discussion with K. Novak and receivables parties regarding status of collections; resolve check/operational issues. | 1.00 |
| 11/28/05 | **Reid, N. Neville** Edit/revise auction procedures and order; discussion with A. Korte/K. Novak regarding same; and discussion with Novak/Smith regarding bank check issues. | 0.80 |
| 11/29/05 | **Reid, N. Neville** Discussions with K. Novak, and emails regarding bank checks, receivables collection, and disposition of firearms; discussion with C. Winternitz regarding auction procedures. | 2.00 |
| 12/01/05 | **Reid, N. Neville** Conference call with A. Smith/K. Novak regarding account information and related issues; discussion with K. Novak regarding receivables issues and auction and related issues. | 0.40 |
| 12/02/05 | **Reid, N. Neville** Email/calls to C. Winternitz regarding auction. | 0.20 |
| 12/02/05 | **Reid, N. Neville** Review/sign receivables letters. | 0.20 |
| 12/05/05 | **Reid, N. Neville** Discussion with K. Novak/A. Korte regarding status; email to A. Smith regarding receivable collection program and how conducted; discussion with J. Webster/B. White regarding sale of building, administrative claims and related issues. | 2.70 |
| 12/07/05 | **Reid, N. Neville** Discussion with Bank's counsel, A. Korte regarding estate/collection/sale issues; call to N. Kerringer regarding payment for services; call to C. Winternitz regarding auction issues; follow-up regarding receivables collection. | 0.80 |
| 12/08/05 | **Reid, N. Neville** Field calls regarding receivables; review notice procedures regarding auction; | 0.50 |

Mayer Brown LLP

05134382                                                                                                  Page 5
N. Neville Reid, as Trustee for the Estate of Webster                   Curry, David S.
Chapter 7 (trustee time)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | discussed with M. Burling regarding auction; edit/revise letter regarding payment of administrative expenses. | |
| 12/09/05 | **Reid, N. Neville**<br>Return call regarding receivables; discussion with A. Smith regarding status; discussion with A. Maxwell regarding collection of receivables. | 0.20 |
| 12/13/05 | **Reid, N. Neville**<br>Prepare for/conduct conference call with K. Novak and A. Korte regarding receivables and related issues; call to A. Smith regarding access to bank records; and separate call with K. Novak regarding receivables collection. | 1.70 |
| 12/15/05 | **Reid, N. Neville**<br>Conference call with K. Novak regarding general status, vehicle letter and related issues; call with A. smith regarding potential suits against certain parties. | 0.20 |
| 12/16/05 | **Reid, N. Neville**<br>Listen to voicemails regarding receivables collection; draft receivables email; resolve receivables issues with account debtors; and discussion with K. Novak regarding status and review mail regarding same. | 2.00 |
| 12/19/05 | **Reid, N. Neville**<br>Emails/conference calls regarding receivables collection, status of cases; follow-up regarding letters to employees on missing items. | 1.00 |
| 01/03/06 | **Reid, N. Neville**<br>Discussion with J. Webster regarding vehicle titles and related issues; call to A. Smith regarding rent issue, retention accounts; discussion with K. Novak regarding general status. | 1.00 |
| 01/04/06 | **Reid, N. Neville**<br>Further resolve issues regarding monthly payment, receivables collection. | 1.00 |
| 01/09/06 | **Reid, N. Neville**<br>Discussion with K. Novak regarding status; discussion with A. Smith regarding status and fees; discussion with G. Bauer regarding knowledge of case; review documents regarding missing title and discussion with C. Winternitz. | 0.80 |
| 01/10/06 | **Reid, N. Neville**<br>Discussion with A. Korte/K. Novak regarding status. | 0.20 |
| 01/11/06 | **Reid, N. Neville**<br>Further resolve collection/receivable/auction issues. | 0.30 |
| 01/17/06 | **Reid, N. Neville**<br>Resolve issues regarding auction, Slabic's offer, bill of sale, potential deficiency, GMAC vehicles and related issues; discussion with client/C. Winternitz regarding status, auction, related issues. | 2.20 |
| 01/18/06 | **Reid, N. Neville**<br>Conference calls, discussions, emails regarding sale of building, adjusting Slabich's offer, auction preparation and related issues; further resolve issues regarding auction and calls with K. Novak and A. Smith regarding same. | 1.00 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 6  
Curry, David S.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 01/19/06 | **Reid, N. Neville**<br>Prepare for/attend auction; follow-up analysis and discussions regarding same. | 6.50 |
| 01/23/06 | **Reid, N. Neville**<br>Further resolve issues, emails, discussions with A. Smith/J. Webster regarding disposition of property, post-auction sale issues, access to premises by Slabic. | 1.00 |
| 01/27/06 | **Reid, N. Neville**<br>Discussion with Webster/Slabic's lawyer regarding status. | 0.30 |
| 02/01/06 | **Reid, N. Neville**<br>Extensive calls with K. Novak and others/resolve issues regarding general administration of estate, status or building security, records and related issues. | 3.50 |
| 02/03/06 | **Reid, N. Neville**<br>Organize file. | 0.20 |
| 02/06/06 | **Reid, N. Neville**<br>Conference calls; further resolve issues, regarding auction results, amounts owed Winternitz, status of building and records, mechanism to keep up with Webster, receivables collection (including meeting with A. Korte regarding status of same). | 2.00 |
| 02/08/06 | **Reid, N. Neville**<br>Prepare for/participate in conference call regarding status of liquidation of assets, receivables collection, status of building and related issues. | 1.00 |
| 02/14/06 | **Reid, N. Neville**<br>Meeting with K. Novak regarding transfer of keys; draft email regarding no longer on premises; call to Winternitz regarding aftermath of auction. | 1.40 |
| 02/16/06 | **Reid, N. Neville**<br>Prepare for/conduct meetings and calls with A. Smith, A. Korte and K. Novak regarding receivables. | 0.50 |
| 02/20/06 | **Reid, N. Neville**<br>Prepare for/participate in conference call regarding general issues, receivables, status of case (with Korte/Smith/Novak); follow-up with K. Novak regarding same. | 1.30 |
| 02/22/06 | **Reid, N. Neville**<br>Meeting with K. Novak and A. Korte regarding status. | 0.70 |
| 02/27/06 | **Reid, N. Neville**<br>Discussion with A. Smith regarding miscellaneous issues; resolve issues regarding D. Dawson retention and receivables collection. | 0.70 |
| 03/02/06 | **Reid, N. Neville**<br>Discussion with D. Dawson regarding receivable and status of case and resolve issue regarding same. | 1.00 |
| 03/13/06 | **Reid, N. Neville**<br>Resolve issues regarding receivables and related issues. | 0.30 |

Mayer Brown LLP

05134382                                                                          Page 7
N. Neville Reid, as Trustee for the Estate of Webster                    Curry, David S.
Chapter 7 (trustee time)

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 03/17/06 | **Reid, N. Neville**<br>Discussion with K. Novak and R. Suber regarding receivables; discussion and with A. Smith regarding balances; emails regarding same. | 1.00 |
| 03/20/06 | **Reid, N. Neville**<br>Resolve issues regarding auction report/disclosure, related issues and discussion with K. Novak/J. Webster regarding same. | 0.50 |
| 03/28/06 | **Reid, N. Neville**<br>Finalize retention application and discussion with R. Suber regarding same; discussion with K. Novak/Francis Geller (Jadco Trustee) regarding Jadco bankruptcy and receivable. | 0.30 |
| 04/07/06 | **Reid, N. Neville**<br>Process deposit of check. | 0.10 |
| 04/12/06 | **Reid, N. Neville**<br>Discussion with K. Novak regarding fixed asset list and related issues. | 0.30 |
| 05/10/06 | **Reid, N. Neville**<br>Discussion with K. Novak regarding status, receivables. | 0.30 |
| 05/31/06 | **Reid, N. Neville**<br>Discussion with Bank's counsel regarding status; email to K. Novak regarding receivables. | 0.50 |
| 06/01/06 | **Reid, N. Neville**<br>Discussion with K. Novak. | 0.50 |
| 08/28/06 | **Reid, N. Neville**<br>Discussion with K. Novak regarding status. | 0.30 |
| 02/05/07 | **Reid, N. Neville**<br>Edit/revise Webster letter; discussion with R. Suber regarding same. | 1.00 |
| 02/12/07 | **Reid, N. Neville**<br>Edit/revise fee letter to Bank's counsel and discussion with R. Suber regarding same. | 1.00 |
| 02/15/07 | **Reid, N. Neville**<br>Meeting with U.S. Trustee regarding Webster fee objection. | 0.50 |
| 03/08/07 | **Reid, N. Neville**<br>Further resolve issues regarding Novak's bills. | 0.30 |
| 03/19/07 | **Reid, N. Neville**<br>Discussion with K. Novak regarding recovery of insurance premium and potential collateral issue with bank. | 0.30 |
| 03/20/07 | **Reid, N. Neville**<br>Discussion with K. Novak and A. Smith regarding receivable claim; separate discussion with K. Novak regarding same | 0.20 |
| 03/21/07 | **Reid, N. Neville**<br>Resolve issues with K. Novak and Bank's counsel regarding pursuit of insurance | 0.50 |

Case 05-26649    Doc 250    Filed 11/01/11    Entered 11/01/11 17:10:21    Desc Main
Document      Page 10 of 17

...

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 8  
Curry, David S.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | receivables and email regarding same. | |
| 04/02/07 | **Reid, N. Neville**<br>Meeting with K. Novak and R. Suber regarding status of case and related issues. | 1.00 |
| 04/26/07 | **Reid, N. Neville**<br>Process payment to K. Novak; prepare cover letter regarding same. | 0.10 |
| 04/30/07 | **Reid, N. Neville**<br>Calls with K. Novak regarding receivables; call with S. Kenig regarding same. | 0.50 |
| 05/15/07 | **Reid, N. Neville**<br>Discussion with R. Suber/D. Dawson regarding status, contingency formula, adversaries and related issues; resolve tax issues and issues regarding potential interim distribution. | 0.40 |
| 05/16/07 | **Reid, N. Neville**<br>Edit/revise privilege log; discussion with R. Suber regarding same; discussion with D. Dawson regarding handling new case; emails, resolve issues regarding costs/fees. | 1.50 |
| 05/21/07 | **Reid, N. Neville**<br>Discuss Webster receivables/related litigation with A. Smith and D. Dawson. | 0.30 |
| 05/23/07 | **Reid, N. Neville**<br>Discussion with R. Suber regarding result of hearing, next steps; emails and calls to Dawson regarding same. | 0.70 |
| 05/29/07 | **Reid, N. Neville**<br>Discussion with R. Suber/A. Smith regarding Webster adversary and receivables and bank funding regarding same, interim distributions to bank and related issues. | 0.30 |
| 05/30/07 | **Reid, N. Neville**<br>Call with Bank counsel/R. Suber regarding covering costs of remaining litigation. | 0.40 |
| 06/01/07 | **Reid, N. Neville**<br>Further organize files regarding claims and prepare for filing of retention application. | 0.30 |
| 07/03/07 | **Reid, N. Neville**<br>Discussion with D. Dawson regarding receivable filings. | 0.20 |
| 07/17/07 | **Reid, N. Neville**<br>Discuss with A. Smith re: IRS lien issue and e-mail to K. Novak re: same. | 0.20 |
| 07/25/07 | **Reid, N. Neville**<br>Discussion with A. Smith and K. Novak regarding auction information on the receivables. | 0.30 |
| 01/16/08 | **Reid, N. Neville**<br>Process payment of K. Novak's fees. | 0.10 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 9  
Curry, David S.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/22/08 | **Reid, N. Neville** <br> Execute check for K. Novak and send him same. | 0.10 |
| 02/27/08 | **Reid, N. Neville** <br> Meeting with K. Novak regarding Webster status. | 0.20 |
| | **Total Hours** | **88.15** |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 10  
Curry, David S.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/06/06 | Document Reproduction | 7 | 0.70 |
| 09/20/06 | Document Reproduction | 6 | 0.60 |
| 10/17/06 | Document Reproduction | 31 | 3.10 |
| 11/22/06 | Document Reproduction | 3 | 0.30 |
| 02/13/07 | **Document Preparation** Performed by Tucker, Margaret M. for Reid, N. Neville | | 25.00 |
| 02/13/07 | Document Reproduction | 28 | 2.80 |
| 02/13/07 | Document Reproduction | 28 | 2.80 |
| 02/14/07 | Document Reproduction | 15 | 1.50 |
| 02/14/07 | Document Reproduction | 211 | 21.10 |
| 02/14/07 | Document Reproduction | 8 | 0.80 |
| 02/14/07 | Document Reproduction | 2 | 0.20 |
| 02/14/07 | Document Reproduction | 2 | 0.20 |
| 02/14/07 | Document Binding | | 7.50 |
| 02/18/07 | **Document Delivery** VENDOR: Comet Messenger; INVOICE#: 02180700863; DATE: 2/18/2007 - Documents shipped on 02/14/07 to Chicago, IL | | 6.25 |
| 03/06/07 | Document Reproduction | 4 | 0.40 |
| 07/25/07 | Document Reproduction | 4 | 0.40 |
| 08/17/07 | **Facsimile Transmission - Local** Call placed to 2011286 | 16 | 16.00 |
| 09/19/07 | Document Reproduction | 95 | 9.50 |
| 09/19/07 | **Mailing Charges - Office** Documents delivered to Chicago, IL by Reid, N. Neville | | 5.48 |
| 09/19/07 | **Document Delivery - Office** Documents delivered to Northbrook, IL by Reid, N. Neville | | 8.13 |
| 10/03/07 | **Mailing Charges - Office** Documents delivered to Lockport, IL by Reid, N. Neville | | 1.94 |
| 11/28/07 | Document Reproduction | 2 | 0.20 |
| 11/28/07 | Document Reproduction | | 0.10 |
| 12/03/07 | Document Reproduction | 110 | 11.00 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 11  
Curry, David S.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/16/08 | **Document Delivery - Office**<br>Documents delivered to Northbrook, IL by Reid, N. Neville | | 8.14 |
| 01/30/08 | **Document Reproduction** | | 0.10 |
| 01/30/08 | **Mailing Charges - Office**<br>Documents delivered to Chicago, IL by Reid, N. Neville | | 1.82 |
| 02/13/08 | **Document Reproduction** | 5 | 0.50 |
| 02/27/08 | **Document Delivery - Office**<br>Documents delivered to Waukegan, IL by Reid, N. Neville | | 6.24 |
| 03/03/08 | **Document Reproduction** | 3 | 0.30 |
| 03/03/08 | **Document Reproduction** | 12 | 1.20 |
| 03/03/08 | **Mailing Charges - Office**<br>Documents delivered to Chicago, IL by Reid, N. Neville | | 1.94 |
| 03/04/08 | **Document Reproduction** | 2 | 0.20 |
| 03/04/08 | **Document Reproduction** | 2 | 0.20 |
| 03/04/08 | **Document Delivery - Office**<br>Documents delivered to Waukegan, IL by Reid, N. Neville | | 5.78 |
| 06/10/08 | **Document Delivery - Office**<br>Documents delivered to Waukegan, IL by Reid, N. Neville | | 6.05 |
| 06/17/08 | **Document Reproduction** | 5 | 0.50 |
| 06/25/08 | **Document Reproduction** | 121 | 12.10 |
| 06/25/08 | **Document Reproduction** | 14 | 1.40 |
| 06/30/08 | **Document Delivery**<br>VENDOR: Intercept Legal-Courier; INVOICE#: 44234; DATE:<br>6/30/2008 - Documents shipped on 06/25/08 to Chicago, IL | | 12.25 |
| 08/05/08 | **Document Reproduction** | 2 | 0.20 |
| 08/14/08 | **Document Reproduction** | | 0.10 |
| 08/14/08 | **Document Reproduction** | 44 | 4.40 |
| 08/14/08 | **Mailing Charges - Office**<br>Documents delivered to Lockport, IL by Reid, N. Neville | | 5.51 |
| 10/08/08 | **Document Delivery - Office**<br>Documents delivered to Northbrook, IL by Reid, N. Neville | | 6.41 |
| 10/14/08 | **Document Reproduction** | 2 | 0.20 |
| 10/14/08 | **Mailing Charges - Office** | | 4.80 |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 12  
Curry, David S.

### OTHER CHARGES

| Date | Description | Quantity | Amount |
|---|---|---|---|
| | Documents delivered to Northbrook, IL by Reid, N. Neville | | |
| 11/19/08 | **Document Reproduction** | 20 | 2.00 |
| 12/09/08 | **Document Reproduction** | 14 | 1.40 |
| 03/04/09 | **Document Reproduction** | 2 | 0.20 |
| 07/30/09 | **Document Delivery**<br>VENDOR: Standard Courier; INVOICE#: 86043; DATE: 6/26/2009 - Documents shipped on 06/22/09 to Chicago, IL | | 9.90 |

**Total Other Charges**     **$219.84**

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 13  
Curry, David S.

### TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Korte, Amy S. | 9.60 | 4,320.00 |
| Reid, N. Neville | 78.55 | 47,692.50 |
| **Total Legal Fees** | **88.15** | **$52,012.50** |

Mayer Brown LLP

05134382  
N. Neville Reid, as Trustee for the Estate of Webster  
Chapter 7 (trustee time)

Page 14  
Curry, David S.

## OTHER CHARGES SUMMARY

| Other Charges | Amount |
| --- | ---: |
| Document Preparation | 25.00 |
| Document Reproduction | 80.70 |
| Document Delivery | 28.40 |
| Document Binding | 7.50 |
| Facsimile Transmission - Local | 16.00 |
| Mailing Charges - Office | 21.49 |
| Document Delivery - Office | 40.75 |
| **Total Other Charges** | **$219.84** |

# REMITTANCE

Please enclose this remittance advice with your payment so that your account may be properly credited.

| | |
|---|---|
| Client Name: | N. Neville Reid, as Trustee for the Estate of Webster Sheet |
| Matter: | 05134382 Chapter 7 (trustee time) |
| Invoice Number: | 34079698 |
| Invoice Date: | October 28, 2009 |

| | |
|---|---:|
| Fees: | $52,312.50 |
| Other Charges: | 219.84 |
| **Current Invoice Amount:** | **$52,532.34** |

**AMOUNT ENCLOSED: $**

### MAILING ADDRESS

Mayer Brown LLP
2027 Collection Center Dr.
Chicago, Illinois 60693-0020
OR
A wire transfer payment may be made to Mayer Brown LLP's account number 87656-63350 at Bank of America, 231 S. LaSalle Street, Chicago, Illinois 60697, ABA #026-009-593, Swift Code: BOFA US 3N (for int'l wires only)

Please indicate the invoice(s) being paid.

Accounts Receivable contact:    Roberto Gonzalez (312) 701-7805
rgonzalez@mayerbrown.com

**FOR BANK USE ONLY:**
Payor Code:     124697
Apply Invoices:    34079698