# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  WEBSTER SHEET METAL )
      FABRICATORS, INC., )
       ) Bankruptcy No. 05-26649
       )
              Debtor. ) Chapter 7

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: Fox, Hefter, Swibel, Levin & Carroll, LLP

Authorized to Provide Professional Services to: N. Neville Reid, Chapter 7 Trustee for Debtor

Date of Order Authorizing Employment: April 13, 2010, nunc pro tunc to August 11, 2009

Period for Which Compensation is Sought:
From   May 1   , 2010   through   August 24   , 2011

Amount of Fees Sought:   $ 9,046.00

Amount of Expense Reimbursement Sought:   $ 130.34

This is an:   Interim Application _____   Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| May 7, 2010 | August 11, 2009 - April 30, 2010 | $6,822.00 | $4,984.50 | $4,984.50 |

Dated:   September 9, 2011            /s/ Elizabeth Peterson
                                                                    (Counsel)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 05-26649 |
| WEBSTER SHEET METAL | ) | |
| FABRICATORS, INC., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SECOND AND FINAL APPLICATION OF FOX, HEFTER, SWIBEL,
LEVIN & CARROLL, LLP, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Webster Sheet Metal Fabricators, Inc. (the "Debtor"), files this second and final application ("Application") for allowance and payment of an administrative claim in the amount of $9,176.34, consisting of $9,046.00[1] in fees and $130.34 expenses, for the period of May 1, 2010 through August 24, 2011 (the "Application Period"). In support of this Application, FHSLC states the following:

**INTRODUCTION**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

---

[1] Actual fees incurred as shown on the time records were $10,951.50 but as an accommodation and for simplicity FHSLC has limited the fees to the amounts shown above.

Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On July 5, 2005 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). On October 4, 2005, the Bankruptcy Court converted this proceeding to Chapter 7 of the Bankruptcy Code. Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. On April 13, 2010, the Court entered a final order granting the Trustee's application to retain FHSLC as general bankruptcy counsel, retroactive to August 11, 2009.

5. On June 3, 2010, the Court entered an order allowing the First Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of August 11, 2009 through April 30, 2010.

## REQUESTED RELIEF

6. FHSLC files this Application to be allowed an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee during the Application Period.

7. Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which reimbursement is sought, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

8. Attached as Exhibit B to this Application are the detailed billing records of FHSLC, including a summary of the expenses for which FHSLC seeks reimbursement.

**PROFESSIONAL SERVICES RENDERED**

9. During the Application Period, FHSLC performed the following services on behalf of the Trustee:

    A. Prepared, filed, and presented the First Interim Application of FHSLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of August 11, 2009 through April 30, 2010;

    B. Began preparing this Application;

    C. Prepared the Final Application of Ken Novak & Associates, Inc. for Approval of Interim Payments and for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses and the Final Application of Popowcer Katten, Ltd., for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses;

    D. Analyzed claims;

    E. Conferred with counsel for First Midwest Bank and the Internal Revenue Service about their agreement regarding pro rata distribution on their claims; and

    F. Assisted the Trustee with the preparation of the Final Report.

**APPROPRIATENESS OF FEES**

10. The total amount of fees sought by FHSLC for professional services in this Application is $9,046.00.

11. The professional services provided by FHSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Debtor. Compensation for the services provided by FHSLC is commensurate with the complexity, importance, and nature of the

problems, issues and tasks involved. FHSLC undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

12. FHSLC's fees are recorded in a computerized time record system, from which the billing records attached to this Application were generated. FHSLC has reviewed the billing records to ensure their accuracy.

13. FHSLC's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

14. FHSLC's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Debtor's Estate.

## FHSLC EXPENSE POLICIES

15. FHSLC charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. FHSLC typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

16. The expenses sought by FHSLC in this Application relate to research on PACER during the third and fourth quarters of 2010 ($7.44), research on PACER during the first quarter of 2011 ($8.40), and for UCC information relating to the Debtor ($114.50). These expenses were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which FHSLC seeks reimbursement in this Application is $130.34.

## NOTICE

17. This Application will be submitted with the Trustee's Final Report in the above-captioned bankruptcy case. Pursuant to Bankruptcy Rule 2002(a), notice of this Application will

be given to: (a) the Debtor; (b) the Debtor's attorney; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, FHSLC submits that no further notice is required.

WHEREFORE, FHSLC requests entry of an order allowing it an administrative claim in the amount of $9,176.34, consisting of $9,046.00 in fees and $130.34 in expenses, and allowing the Trustee to pay the same.

Dated: September 9, 2011

Respectfully submitted,

**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**

By: ___/s/ Elizabeth Peterson___
    One of the Attorneys for N. Neville Reid, the Chapter 7 Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

**EXHIBIT A**

# ATTORNEY AND PARALEGAL INFORMATION

| Rank | Full Name | Law School Class | Admitted to Practice in Illinois | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| **ATTORNEYS** | | | | | | |
| Partner | N. Neville Reid | 1987 | 1987 | $465.00 | 3.8 | $1,767.00 |
| **Partner Total** | | | | | **3.8** | **$1,767.00** |
| Associate | Elizabeth G. Peterson | 2007 | 2007 | $240.00 (prior to 1/1/2011) $255.00 (effective 1/1/2011) | 18.2 | $4,551.00 |
| **Associate Total** | | | | | **18.2** | **$4,551.00** |
| **ATTORNEY TOTAL** | | | | | **22.0** | **$6,318.00** |

| Rank | Full Name | | Billing Rate | Time | Amount |
|---|---|---|---|---|---|
| **PARAPROFESSIONALS** | | | | | |
| Paralegal | Anthony F. Jordan | | $155.00 | 8.3 | $1,286.50 |
| | Andrew P. Cotter | | $140.00 | 17.5 | 2,450.00 |
| | Cynthia A. Lukey | | $165.00 | 1.8 | 297.00 |
| | Grant Baker | | $125.00 | 4.8 | 600.00 |
| **PARAPROFESSIONAL TOTAL** | | | | **32.4** | **$4,633.50** |

| **GRAND TOTAL** | | | | **54.4** | **$10,951.50** |
|---|---|---|---|---|---|

# EXHIBIT B

# Fox, Hefter, Swibel, Levin & Carroll, LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

August 31, 2011

**Fee Petition**

200 West Madison
Chicago, IL  60606

File No:  03990 - 002

From:  01/01/1999 to: 08/31/2011

**Invoice Number: 38960**

## N. Neville Reid as Trustee for the Estate of Webster Sheet Metal - Webster Sheet Metal (Attorney Matters)

## *PROFESSIONAL SERVICES*

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2010 | AFJ | Work on FHSLC's First Interim Fee Application | 1.50 hrs @ | 155 /hr | 232.50 |
| 05/05/2010 | AFJ | Work on FHSLC's First Fee Application | 2.80 hrs @ | 155 /hr | 434.00 |
| 05/06/2010 | AFJ | Work on FHSLC's First Fee Application | 2.50 hrs @ | 155 /hr | 387.50 |
| 05/06/2010 | EGP | Review and revise draft of FHSLC's First Fee Application prepared by A. Jordan (.7); confer with A. Jordan regarding the same (.1) | 0.80 hrs @ | 240 /hr | 192.00 |
| 05/07/2010 | AFJ | Work on FHSLC's First Fee Application final revisions and filing | 1.00 hrs @ | 155 /hr | 155.00 |
| 05/07/2010 | EGP | Review and revise most recent draft of First FHSLC Fee Application prepared by A. Jordan (.4); assist A. Jordan with e-filing application (.4) | 0.80 hrs @ | 240 /hr | 192.00 |
| 06/03/2010 | EGP | Prepare for hearing on FHSLC's First Interim Fee Application (.2); attend Bankruptcy Court hearing on FHSLC's first interim fee application (.7); e-mail N. Reid and B. Blagoue regarding Judge Doyle's ruling on the fee application (.2) | 1.10 hrs @ | 240 /hr | 264.00 |
| 06/04/2010 | AFJ | Review docket and update files | 0.50 hrs @ | 155 /hr | 77.50 |
| 11/20/2010 | EGP | Review recent billing records and begin preparing Final FHSLC Fee Application | 0.70 hrs @ | 240 /hr | 168.00 |
| 11/21/2010 | EGP | Organize Final FHSLC Fee Application materials for B. Blagoue and D. Anum (.1); e-mail N. Reid with plan for filing | 0.40 hrs @ | 240 /hr | 96.00 |

NNR, AS TRUSTEE -WEBSTER

WEBSTER SHEET METAL(ATTORNEY)

Page 2

**Fee Petition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and presenting the Final FHSLC Fee Application (.1); e-mail D. Anum regarding revision to draft of the Final FHSLC Fee Application (.1); and e-mail G. Baker regarding service list and exhibits for the Final FHSLC Fee Application (.1) | | | |
| 11/22/2010 | RGB | Review documents and update service list re: FHSLC Fee Application (1.5); exchange e-mails with E. Peterson re: same (.2) | 1.70 hrs @ | 125 /hr | 212.50 |
| 11/22/2010 | EGP | Update draft of Final FHSLC Fee Application | 0.20 hrs @ | 240 /hr | 48.00 |
| 11/23/2010 | RGB | Review documents and update service list (1.2); prepare materials for service mailing of FHSLC Fee Application (1.9) | 3.10 hrs @ | 125 /hr | 387.50 |
| 12/01/2010 | EGP | Review Ken Novak & Associates' invoice and begin preparing compensation application | 0.40 hrs @ | 240 /hr | 96.00 |
| 12/06/2010 | EGP | Review most recent billing records in anticipation of Final FHSLC Fee Application (.1); draft Final Novak Fee Application and related documents (1.1); update Final FHSLC Fee Application and related documents with information from most recent billing records (.4) | 1.60 hrs @ | 240 /hr | 384.00 |
| 03/07/2011 | APC | Review, format and edit invoices for time and location (.8); revise fee application template for Second and Final Fee Application and exhibits (2.1) | 2.90 hrs @ | 140 /hr | 406.00 |
| 03/08/2011 | APC | Edit, format invoices for final fee application exhibits (.6); revise, edit fee application (.9); begin building exhibits for same (1.0) | 2.50 hrs @ | 140 /hr | 350.00 |
| 03/09/2011 | APC | Continue building exhibits for fee application (.9); correspondence with E. Peterson re same (.2) | 1.10 hrs @ | 140 /hr | 154.00 |
| 03/14/2011 | CAL | Review proofs of claim for Trustees Final Report | 0.70 hrs @ | 165 /hr | 115.50 |
| 03/16/2011 | CAL | Meet with N. Reid re: final report (.2); organize and assemble filed secured claims for N. Reid (.7); download and forward court docket to N. Reid (.2) | 1.10 hrs @ | 165 /hr | 181.50 |
| 03/16/2011 | NNR | Further claims analysis, including review of secured claims to confirm whether they were paid in the auction | 0.30 hrs @ | 465 /hr | 139.50 |
| 07/09/2011 | NNR | Finalize review, analysis of claims for preparation of final report and discussion, emails re same | 3.50 hrs @ | 465 /hr | 1,627.50 |

NNR, AS TRUSTEE -WEBSTER  
WEBSTER SHEET METAL(ATTORNEY)

Page   3  
**Fee Petition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/2011 | APC | Spoke to C. Lukey re tax lien search for Webster (.1); email P. Collins at CSC re same (.2) | 0.30 hrs @ | 140 /hr | 42.00 |
| 07/28/2011 | APC | Review invoices and begin editing for time and location (.7); email to N. Reid re same (.1) | 0.80 hrs @ | 140 /hr | 112.00 |
| 07/29/2011 | APC | Compile FHSLC final fee application and exhibits | 2.50 hrs @ | 140 /hr | 350.00 |
| 08/02/2011 | APC | Revisions and verifications to final fee application (2.1); review and verify Popowcer Katten fee application (.4); various TCs, confs with E. Peterson and N. Reid re same (.1) | 2.60 hrs @ | 140 /hr | 364.00 |
| 08/02/2011 | EGP | Revise Final FHSLC Compensation Application, and give comments to A. Cotter | 0.30 hrs @ | 255 /hr | 76.50 |
| 08/03/2011 | APC | Continue revising fee application and exhibits (1.2); conf E. Peterson re same (.1) | 1.30 hrs @ | 140 /hr | 182.00 |
| 08/04/2011 | EGP | Revise draft of final Novak fee application, and locate and incorporate information regarding interim payments (2.3); confer with N. Reid regarding draft of application (.1); locate and review Novak invoices from 2005 to 2008, and compile spreadsheet summarizing the same (2.5) | 4.90 hrs @ | 255 /hr | 1,249.50 |
| 08/05/2011 | APC | Continue revising final fee application for inclusion in final report | 1.00 hrs @ | 140 /hr | 140.00 |
| 08/05/2011 | EGP | Finish revising final Novak fee application and spreadsheet of 2005-2008 Novak invoices, and give the same to N. Reid for final review | 0.90 hrs @ | 255 /hr | 229.50 |
| 08/06/2011 | EGP | Make further revisions to the Novak final compensation application (.6); make further revisions to the FHSLC final compensation application (.7); confer with N. Reid regarding the trustee's final report and unresolved claim issues (.9); read and send emails to N. Reid, A. Smith, et al., regarding unresolved claim issues (.2) | 2.40 hrs @ | 255 /hr | 612.00 |
| 08/08/2011 | EGP | Request two 2007 invoices from K. Novak (.1); TC with A. Smith regarding First Midwest Bank claim (.1); call M. Silber, IRS counsel, regarding IRS claim (.1); further revisions to the final KNA compensation application (.3) | 0.60 hrs @ | 255 /hr | 153.00 |
| 08/09/2011 | EGP | Email A. Cotter regarding status of final compensation applications for KNA and PK (.1); revise the final compensation application for PK (1.1); prepare certificate of service and service list for compensation applications (.7) | 1.90 hrs @ | 255 /hr | 484.50 |

NNR, AS TRUSTEE -WEBSTER						Page	4
WEBSTER SHEET METAL(ATTORNEY)					**Fee Petition**

| Date | ID | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2011 | APC | Continued preparing PK & KNA fee applications and exhibits (.5); proofread applications (.6); conf. E. Peterson re same (.1) | 1.20 hrs @ | 140 /hr | 168.00 |
| 08/10/2011 | EGP | TC with B. Saltzberg, IRS counsel, regarding pro rata distribution (.1); TC with K. Novak regarding final KNA compensation application, and make further revisions to the same (.3) | 0.40 hrs @ | 255 /hr | 102.00 |
| 08/11/2011 | APC | Prepared mailings per E. Peterson (.7); organized physical and electronic files (.6) | 1.30 hrs @ | 140 /hr | 182.00 |
| 08/11/2011 | EGP | E-file Final KNA Compensation Application (.2); e-file Final Popowcer Katten Compensation Application (.2); e-file certificate of service for compensation applications (.1); TC with B. Saltzman, IRS counsel, regarding pro rata distribution with First Midwest Bank, and email N. Reid regarding the same (.2) | 0.70 hrs @ | 255 /hr | 178.50 |
| 08/24/2011 | EGP | TC with creditor J. Agate regarding compensation applications | 0.10 hrs @ | 255 /hr | 25.50 |

Total Professional Services:    $10,951.50

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| AFJ | Jordan, Anthony F | 8.30 | $1,286.50 |
| APC | Cotter, Andrew P | 17.50 | $2,450.00 |
| CAL | Lukey, Cynthia A. | 1.80 | $297.00 |
| EGP | Peterson, Elizabeth G. | 18.20 | $4,551.00 |
| NNR | Reid, N. Neville | 3.80 | $1,767.00 |
| RGB | Baker, Robert Grant | 4.80 | $600.00 |

## DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/29/2010 | E106 | Pacer Service Center; Invoice # FH0224-Q32010; Online research for the Third Quarter of 2010 (7/1/10-9/30/10) | 4.40 |
| 02/09/2011 | E106 | Pacer Service Center; Invoice # FH0224-Q42010; Online research for the fourth quarter of 2010 (10/1-12/31/2010) | 3.04 |
| 04/30/2011 | E106 | Pacer Service Center; Invoice # FH0224-Q12011; Online research for the First Quarter of 2011 | 8.40 |
| 07/31/2011 | E123 | Corporation Service Co.; Invoice # 54185716; UCC copies re: Webster Sheet Metal Fabricators, Inc. | 114.50 |

NNR, AS TRUSTEE -WEBSTER                                           Page    5
WEBSTER SHEET METAL(ATTORNEY)                                      **Fee Petition**

                                    Total Disbursements:          $130.34

## SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $10,951.50 |
| TOTAL DISBURSEMENTS | +$130.34 |
| TOTAL CHARGES | $11,081.84 |