**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Webster Sheet Metal Fabricators | § | Case No. 05-26649 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/29/2011 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2011 By: N. Nevile Reid
Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Webster Sheet Metal Fabricators | § | Case No. 05-26649 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 807,848.51 |
| and approved disbursements of | $ | 629,566.29 |
| leaving a balance on hand of[1] | $ | 178,282.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000032 | General Motors Acceptance Corporation | $ 16,047.29 | $ 16,047.29 | $ 0.00 | $ 0.00 |
| 000033 | General Motors Acceptance Corporation | $ 14,841.05 | $ 14,841.05 | $ 0.00 | $ 0.00 |
| 000034 | General Motors Acceptance Corporation | $ 8,704.89 | $ 8,704.89 | $ 0.00 | $ 0.00 |
| 000038B | Illinois Dept of Employment Security | $ 38,228.58 | $ 38,228.58 | $ 0.00 | $ 0.00 |
| 000059 | Falls Mechanical Insulation, Inc. | $ 44,700.00 | $ 44,700.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000064B | Department of the Treasury | $ 262,225.01 | $ 262,225.01 | $ 0.00 | $ 0.00 |
| 000066B | Department of the Treasury | $ 262,225.01 | $ 262,225.01 | $ 0.00 | $ 0.00 |
| 000089B | Department of the Treasury | $ 262,225.01 | $ 262,225.01 | $ 0.00 | $ 78,000.00 |
| 000091 | First Midwest Bank | $ 850,000.00 | $ 850,000.00 | $ 0.00 | $ 21,650.53 |

Total to be paid to secured creditors $ 99,650.53

Remaining Balance $ 78,631.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 43,642.43 | $ 0.00 | $ 43,642.43 |
| Trustee Expenses: N. Neville Reid | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 10,890.83 | $ 0.00 | $ 10,890.83 |
| Other: Ken Novak & Associates | $ 13,422.09 | $ 0.00 | $ 13,422.09 |

Total to be paid for chapter 7 administrative expenses $ 69,455.35

Remaining Balance $ 9,176.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ 9,176.34 | $ 0.00 | $ 9,176.34 |

Total to be paid for prior chapter administrative expenses $ 9,176.34

Remaining Balance $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 512,541.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038C | Illinois Dept of Employment Security | $ 70,211.70 | $ 0.00 | $ 0.00 |
| 000051 | Illinois Dept. Of Revenue Bankruptcy Unit | $ 9,951.58 | $ 0.00 | $ 0.00 |
| 000052 | Illinois Dept. Of Revenue Bankruptcy Unit | $ 485.42 | $ 0.00 | $ 0.00 |
| 000061B | Sheet Metal Workers' Natl Pension Fund | $ 48,416.89 | $ 0.00 | $ 0.00 |
| 000089C | Department of the Treasury | $ 205,224.50 | $ 0.00 | $ 0.00 |
| 000092B | Sheet Metal Worker's Local #73 and | $ 167,856.12 | $ 0.00 | $ 0.00 |
| 000093 | Department of the Treasury | $ 10,395.25 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 408,358.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DP SYSTEMS INC. | $ 1,294.35 | $ 0.00 | $ 0.00 |
| 000005 | MID-WAY ZION BRANCH | $ 1,977.69 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | WAGNER & COMPANY, C. C. | $ 247.05 | $ 0.00 | $ 0.00 |
| 000007 | IMPERIAL CRANE SERVICE | $ 6,157.75 | $ 0.00 | $ 0.00 |
| 000008 | SAVAGLIO BROS. INC. | $ 353.70 | $ 0.00 | $ 0.00 |
| 000009 | CHICAGO SUBURBAN EXPRESS INC | $ 139.40 | $ 0.00 | $ 0.00 |
| 000013 | MASTER MACHINE & REPAIR CORP. | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000015 | VENTFABRICS INC | $ 277.64 | $ 0.00 | $ 0.00 |
| 000016 | Ford Motor Credit Company | $ 8,063.66 | $ 0.00 | $ 0.00 |
| 000017 | Ford Motor Credit Company | $ 19,363.30 | $ 0.00 | $ 0.00 |
| 000018 | WIRTZ RENTAL COMPANY | $ 1,178.65 | $ 0.00 | $ 0.00 |
| 000019 | MCMASTER-CARR SUPPLY COMPANY | $ 6,381.77 | $ 0.00 | $ 0.00 |
| 000020 | HOLLAND APPLIED TECHNOLOGIES | $ 1,849.08 | $ 0.00 | $ 0.00 |
| 000021 | SPRINGER BLUE PRINT SVC INC. | $ 1,260.00 | $ 0.00 | $ 0.00 |
| 000023 | Hagerty Steel & Aluminum Co | $ 24,199.21 | $ 0.00 | $ 0.00 |
| 000024 | VESCO INC. | $ 2,810.00 | $ 0.00 | $ 0.00 |
| 000025 | GREAT LAKES METALS CORPORATION | $ 559.77 | $ 0.00 | $ 0.00 |
| 000026 | Nextel West Corp | $ 4,877.15 | $ 0.00 | $ 0.00 |
| 000027 | DANIELS PRINTING & OFFICE SUPPLY | $ 161.48 | $ 0.00 | $ 0.00 |
| 000028 | R.H. DONNELLEY | $ 212.86 | $ 0.00 | $ 0.00 |
| 000030 | Zep Manufacturing Company | $ 166.94 | $ 0.00 | $ 0.00 |
| 000031 | INTERSTATE SCAFFOLDING INC. | $ 10,800.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Citibank USA NA dba OFFICEMAX | $ 1,221.52 | $ 0.00 | $ 0.00 |
| 000036 | INDUSTRIAL TRADE SUPPLY INC. | $ 1,174.43 | $ 0.00 | $ 0.00 |
| 000037 | LINDE GAS LLC | $ 439.58 | $ 0.00 | $ 0.00 |
| 000039 | FLASH FAB | $ 1,860.00 | $ 0.00 | $ 0.00 |
| 000040 | Citibank USA NA | $ 1,929.96 | $ 0.00 | $ 0.00 |
| 000042 | Citibank USA NA | $ 8,414.78 | $ 0.00 | $ 0.00 |
| 000043 | WHITE SAND ABRASIVES | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 000044 | PLASTIC SALES & MANUFACTURING | $ 4,287.03 | $ 0.00 | $ 0.00 |
| 000045 | INSTRUMENT ASSOC. INC. | $ 1,300.31 | $ 0.00 | $ 0.00 |
| 000047 | AFCO Credit Corporation | $ 13,568.06 | $ 0.00 | $ 0.00 |
| 000048 | HOUSE OF SAFETY INC., THE | $ 964.76 | $ 0.00 | $ 0.00 |
| 000049 | Cingular Wireless | $ 408.62 | $ 0.00 | $ 0.00 |
| 000053 | VENT PRODUCTS CO. INC | $ 2,514.85 | $ 0.00 | $ 0.00 |
| 000054 | CLEATS MANUFACTURING COMPANY | $ 7,503.00 | $ 0.00 | $ 0.00 |
| 000055 | TEK MIDWEST | $ 1,146.36 | $ 0.00 | $ 0.00 |
| 000056 | LA GRANGE CRANE SERVICE INC. | $ 8,080.00 | $ 0.00 | $ 0.00 |
| 000057 | American Express Travel Related Svcs Co | $ 5,728.28 | $ 0.00 | $ 0.00 |
| 000061A | Sheet Metal Workers' Natl Pension Fund | $ 11,169.75 | $ 0.00 | $ 0.00 |
| 000062 | CHICAGO OFFICE PRODUCTS CO. | $ 1,145.35 | $ 0.00 | $ 0.00 |
| 000063 | ELECTRICAL FASTENERS COMPANY | $ 4,807.85 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000065 | PHOENIX AIR CONTROL INC | $ 5,277.00 | $ 0.00 | $ 0.00 |
| 000067 | SCHECHTER, RENETTE | $ 1,300.00 | $ 0.00 | $ 0.00 |
| 000068 | Swift Saw & Tool Supply | $ 199.70 | $ 0.00 | $ 0.00 |
| 000069 | OILIND SAFETY | $ 385.98 | $ 0.00 | $ 0.00 |
| 000070 | SOUTH SIDE CONTROL SUPPLY CO | $ 851.81 | $ 0.00 | $ 0.00 |
| 000071 | PACO CORPORATION | $ 2,008.00 | $ 0.00 | $ 0.00 |
| 000072 | NES RENTALS | $ 4,015.40 | $ 0.00 | $ 0.00 |
| 000073 | EXCALIBUR REFRESHMENT CONCEPTS INC. | $ 734.25 | $ 0.00 | $ 0.00 |
| 000074 | LITGEN CONCRETE CUTTING & CORING CO. | $ 2,450.00 | $ 0.00 | $ 0.00 |
| 000075 | MORONEY & CO., JOHN J. | $ 1,279.09 | $ 0.00 | $ 0.00 |
| 000076 | LAURENCE COMPANY INC., C. R. | $ 571.40 | $ 0.00 | $ 0.00 |
| 000077 | Groen Waste Services | $ 593.14 | $ 0.00 | $ 0.00 |
| 000078 | MIDWEST SPECIALTY METALS INC. | $ 2,154.66 | $ 0.00 | $ 0.00 |
| 000079 | THREE RIVERS SAFETY COUNCIL | $ 318.00 | $ 0.00 | $ 0.00 |
| 000080 | AMERICAN PRECISION SUPPLY | $ 4,451.16 | $ 0.00 | $ 0.00 |
| 000081 | COLUMBIA PIPE & SUPPLY CO. | $ 3,616.99 | $ 0.00 | $ 0.00 |
| 000082 | MIDWEST SUBURBAN PUBLISHING | $ 227.80 | $ 0.00 | $ 0.00 |
| 000083 | QUALITY CRANE SERVICE INC. | $ 540.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000084 | TERRACE SUPPLY | $ 3,500.00 | $ 0.00 | $ 0.00 |
| 000085 | STEEL SALES & SERVICES INC. | $ 66,541.10 | $ 0.00 | $ 0.00 |
| 000086 | CONTROL'D ENGINEERING SUPPLY | $ 407.79 | $ 0.00 | $ 0.00 |
| 000090 | Employers Mutual Casualty Company | $ 43,795.94 | $ 0.00 | $ 0.00 |
| 000092A | Sheet Metal Worker's Local #73 and | $ 87,543.18 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 27,960.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038A | Illinois Dept of Employment Security | $ 280.00 | $ 0.00 | $ 0.00 |
| 000089A | Department of the Treasury | $ 27,680.70 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Webster Sheet Metal Fabricators, Inc
Debtor

Case No. 05-26649-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: pgordon Page 1 of 4 Date Rcvd: Nov 02, 2011
Form ID: pdf006 Total Noticed: 173

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2011.

dbpos +Webster Sheet Metal Fabricators, Inc, 13831 S. Kostner Ave., Crestwood, IL 60445-1999
aty +Daniel C Truesdale, 17239 S Oak Park Ave, Tinley Park, IL 60477-3401
aty +Randall & Kenig, LLP, 455 North CityFront Plaza Drive, NBC Tower, Suite 3160, Chicago, IL 60611-5355
aty +Ryan T Schultz, Fox Hefter Swibel Levin & Carroll LLP, 200 W Madison Street, Suite 3000, Chicago, IL 60606-3417
9551345 +A.N.D. EXTERMINATORS L.L.C., 137 E. 154TH STREET, SOUTH HOLLAND, IL 60473-1012
9551334 +AARON ENGINEERING SERVICES, 5414 W. ROOSEVELT ROAD, CHICAGO, IL 60644-1467
9551335 +AFCO, 4501 COLLEGE BLVD, SUITE 320, LEAWOOD, KS 66211-2328
9816526 AFCO Credit Corporation, P O Box 8440, Kansas City, Mo 64114-0440
9551336 +AGATE, JOSEPH, 8020 REVELL CT., ORLAND PARK, IL 60462-6100
9551338 +AIR FLOW COMPANY INC., 850 W. FULLERTON AVE, ADDISON, IL 60101-3305
9551339 +AIR PRODUCTS EQUIPMENT CO., 1555 LOUIS AVENUE, ELK GROVE VLG, IL 60007-2313
9551337 +AIR-DUCT MFG. & SUPPLY INC., 700 WEST BELDEN AVE., ADDISON, IL 60101-4941
9551340 +AMERICAN FAMILY INSURANCE, MADISON, WI 53777-0001
9551342 +AMERICAN PRECISION SUPPLY, 260 INDUSTRIAL DRIVE, SUITE A, HAMPSHIRE, IL 60140-7900
9551343 +ANCHOR MECHANICAL INC., 910 W. VAN BUREN ST., SUITE 348, CHICAGO, IL 60607-3523
9551344 +ANCO STEEL CO. INC., P.O. BOX 246, MONTGOMERY, IL 60538-0246
9551346 +ANTI-SEIZE TECHNOLOGY, 2345 N. 17TH AVE., FRANKLIN PARK, IL 60131-3432
9551347 +ATLAS FIRE & SAFETY INC., 6901 W. 112TH PLACE, WORTH, IL 60482-2021
9813274 +Aaron C Smith, Lord Bissell & Brook LLP, 115 South Lasalle Street, Chicago, IL 60603-3801
10462635 American Express Travel Related Svcs Co, Inc Corp Card, c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701
9551341 American Express Travel Reltd SVCS Co Inc Corp Car, c/o Becket and Lee LLP, P O Box 3001, Malvern, PA 19355-0701
9551349 +B.I. EQUIPMENT RENTAL INC., 4021 W. 127TH ST., ALSIP, IL 60803-1922
9551348 BERNER INT'L CORP., LOCKBOX 360415M, PITTSBURGH, PA 15251
9551350 +BRUCKER COMPANY, LBX 619731, P.O. BOX 6197, CHICAGO, IL 60680-6197
9551352 +CALUMET CONTRACTORS SUPPLY, 2120 EAST COLUMBUS DRIVE, EAST CHICAGO, IN 46312-2886
9551353 CAPITAL ONE F.S.B., #4802131474908634, P.O. BOX 85667, RICHMOND, VA 23285
9551354 +CAPTIVE-AIRE SYSTEMS INC., P.O. BOX 60270, CHARLOTTE, NC 28260-0270
9551355 +CENTRAL CONTRACTORS SVC. INC., 4655 W. 137TH ST., CRESTWOOD, IL 60445-1926
9551356 +CHICAGO ABRASIVE CO., 1130 S. MICHIGAN AVE, SUITE 2815, CHICAGO, IL 60605-2321
9551357 +CHICAGO CARPENTERS TRUST FUNDS, P.O. BOX 94432, CHICAGO, IL 60690-4432
9551358 +CHICAGO METAL ROLLED PRODUCTS, DEPT. 77-6289, CHICAGO, IL 60678-0001
9551359 +CHICAGO OFFICE PRODUCTS CO., 9710 INDUSTRIAL DRIVE, BRIDGEVIEW, IL 60455-2305
9551360 +CHICAGO SUBURBAN EXPRESS INC, P.O. BOX 388568, CHICAGO, IL 60638-8568
9551361 +CINGULAR WIRELESS, P.O. BOX 6428, CAROL STREAM, IL 60197-6428
9551362 +CITIZENS AUTOMOBILE FINANCE, P.O. BOX 42115, PROVIDENCE, RI 02940-2115
9551363 +CLEAN AIR SYSTEMS OF AMERICA, 2857 WEST BELDEN, CHICAGO, IL 60647-2916
9551364 +CLEATS MANUFACTURING COMPANY, 1855 S. KILBOURN AVENUE, CHICAGO, IL 60623-2307
9551365 COLUMBIA PIPE & SUPPLY CO., 1120 W Pershing Rd, Attn Jim Welser, Chicago, IL 60609-1463
9551367 +CONTROL'D ENGINEERING SUPPLY, P.O. BOX 2474, GLEN ELLYN, IL 60138-2474
9551368 +CONTROLS BY SANTUCCI INC., 678 MITCHELL, ELMHURST, IL 60126-4371
9824324 +Cingular Wireless, c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, TX 75374-0933
9721369 +Citibank USA NA, Assoc BP Amoco Payment Center, 4300 Westown Parkway, West Des Moines, IA 50266-1266
9729565 +Citibank USA NA, Assoc Shell Payment Center, 4300 Westown Parkway, West Des Moines, IA 50266-1266
9551439 Citibank USA NA dba OFFICEMAX, P O Box 9025, DES MOINES, IA 50368
9551369 +DANIELS PRINTING & OFFICE SUPPLY, 14800 S. CICERO AVE., OAK FOREST, IL 60452-1458
9551370 +DE RE TIRE & AUTO INC., ATTN: ACCOUNTS RECEIVABLE, P.O. BOX 1177, FRANKFORT, IL 60423-7177
9551371 +DP SYSTEMS INC., P.O. BOX 828, ADDISON, IL 60101-0828
9551372 +EARLEY INSULATION INC., P.O. BOX 528028, CHICAGO, IL 60652-8028
9551373 +ELECTRICAL FASTENERS COMPANY, 7613 WEST 100TH PLACE, BRIDGEVIEW, IL 60455-2431
9551374 +ENERGY INNOVATIONS INC., 1600 HARVESTER, WEST CHICAGO, IL 60185-1618
9551375 +EUCLID MANAGERS, 234 SPRING LAKE DRIVE, ITASCA, IL 60143-3202
9551376 +EXCALIBUR REFRESHMENT CONCEPTS INC., 8164 S. MADISON ST., BURR RIDGE, IL 60527-5854
9551377 +EXCELSIOR MFG. & SUPPLY CORP., 135 SOUTH LASALLE STREET, DEPT. 1846, CHICAGO, IL 60674-0001
10644288 +Employers Mutual Casualty Company, Leo & Weber PC, One N Lasalle Street Ste 3600, Chicago, IL 60602-4015
9551378 +FALLS MECH. INSULATION INC., Dimonte & Liazk LLC Attn Julia E Jensen, 216 W Higgins Road, Park Ridge, Il 60068-5706
9551379 +FLASH FAB, 9362 DUNMURRY DRIVE, ORLAND PARK, IL 60462-1141
9625637 ++FORD MOTOR CREDIT COMPANY, PO BOX 6275, DEARBORN MI 48121-6275
(address filed with court: Ford Motor Credit Company, P.O. Box 55000, Detroit, MI 48255-0953)
10484402 +Falls Mechanical Insulation, Inc., Julia E. Jensen, 216 W. Higgins Road, Park Ridge, IL 60068-5706
9582369 +Fifth Third Bank, 9400 S Cicero Ave, Oak Lawn, IL 60453-2536
9751228 +First Midwest Bank, Aaron C Smith, Lord Bissell & Brook LLP, 111 South Wacker Drive, Chicago, Il 60606-4410
9582368 +First Midwest Bank, 17500 Oak Park Avenue, Tinley Park, IL 60477-3989
9551384 +G&O THERMAL SUPPLY COMPANY, 5435 NORTHWEST HIGHWAY, CHICAGO, IL 60630-1132
9551380 +GLADWIN MACHINERY & SUPPLY CO., 636 E. STATE PARKWAY, SCHAUMBURG, IL 60173-4533

9551383 +GMAC PAYMENT PROCESSING CENTER, #024-9029-73694, P.O. BOX 9001951,
LOUISVILLE, KY 40290-1951
9551381 +GMAC PAYMENT PROCESSING CENTER, Account #024-9026-05307, P.O. BOX 9001952,
LOUISVILLE, KY 40290-1952
9551382 +GMAC PAYMENT PROCESSING CENTER, Account #154-9017-56500, P.O. BOX 9001952,
LOUISVILLE, KY 40290-1952
9551385 +GRAINGER INC., W.W., #136801554213, DEPT 136 - 801554213, PALATINE, IL 60038-0001
9551386 +GRC ENGINEERING INC., 5544 W. 147TH STREET, OAK FOREST, IL 60452-1286
9551388 +GREAT LAKES KWIK SPACE, P.O. BOX 1124, BEDFORD PARK, IL 60499-1124
9551387 +GREAT LAKES METALS CORPORATION, 8920 S. OCTAVIA AVE., BRIDGEVIEW, IL 60455-1912
9551389 +GRILL’S TRUE VALUE HARDWARE, 4751 W. 147TH STREET, MIDLOTHIAN, IL 60445-2526
9551390 +GROEN WASTE SERVICES, P.O. BOX 9001154, LOUISVILLE, KY 40290-1154
9675141 General Motors Acceptance Corporation, 2740 Arthur Street, Roseville, MN 55113-1303
9623436 +Groen Waste Services, 13701 S. Kostner Ave., Crestwood, IL 60445-3923
9551392 +HATCHELL & ASSOCIATES INC, 414 W. FULLERTON AVE., ELMHURST, IL 60126-1403
9551393 +HEMINGWAY INC., 15300 GREENWOOD ROAD, SOUTH HOLLAND, IL 60473-1998
9551394 +HINCKLEY SPRINGS, P.O. BOX 530578, ATLANTA, GA 30353-0578
9551395 +HOLLAND APPLIED TECHNOLOGIES, 7050 HIGH GROVE BLVD, BURR RIDGE, IL 60527-7595
9551396 +HOUSE OF SAFETY INC., THE, 4416 W. DIVERSEY AVENUE, CHICAGO, IL 60639-1997
9551424 +HSBC BUSINESS SOLUTIONS-(MENARDS), #6004300780000649, P.O. BOX 5219,
CAROL STREAM, IL 60197-5219
9551425 +HSBC BUSINESS SOLUTIONS-(MENARDS), #6004300780137656, P.O. BOX 5219,
CAROL STREAM, IL 60197-5219
9551391 +Hagerty Steel & Aluminum Co, Pob 8130, E Peoria IL 61611-8130
9551399 +IMPERIAL CRANE SERVICE, 7500 WEST IMPERIAL DRIVE, BRIDGEVIEW, IL 60455-2395
9551400 +INDUSTRIAL INS. AGENCY, 1632 COLONIAL PARKWAY, INVERNESS, IL 60067-4725
9551402 +INDUSTRIAL TRADE SUPPLY INC., 6415 INDEPENDENCE AVENUE, WOODLAND HILLS, CA 91367-2608
9551403 +INGALLS OCCUPATIONAL HEALTH, 75 REMITTANCE DR, SUITE 1660, CHICAGO, IL 60675-1660
9551405 +INSTRUMENT ASSOC. INC., 4833 W. 128TH PLACE, ALSIP, IL 60803-3009
9551407 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346,
PHILADELPHIA PA 19101-7346
(address filed with court: Department of the Treasury, INTERNAL REVENUE SERVICE,
P O Box 21126, Philadelphia, PA 19114)
9607480 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346,
PHILADELPHIA PA 19101-7346
(address filed with court: Department of the Treasury-Internal Revenue Servic,
Centralized Insolvency Operations, P O Box 21126, Philadelphia, PA 19114)
9551406 +INTERSTATE SCAFFOLDING INC., DEPT. 77 - 5183, CHICAGO, IL 60678-0001
9551398 Illinois Department of Revenue Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338
9712979 +Illinois Dept of Employment Security, 33 South State Street 9th floor, Chicago, Il 60603-2806
9869882 +Illinois Dept. Of Revenue Bankruptcy Unit, 100 W. Randolph #7-400, Chicago, Ill 60601-3218
9551409 +KUSTOM TOWING, P.O. BOX 111, 7664 W. LAWNDALE AVE., SUMMIT, IL 60501-1030
9551410 +LA GRANGE CRANE SERVICE INC., 6180 RIVER ROAD, HODGKINS, IL 60525-4278
9551411 +LAND & LAKES DISPOSAL SERVICES, 21900 S. CENTRAL AVENUE, MATTESON, IL 60443-2802
9551412 +LANTECH COMPUTER SYSTEMS, 5154 W. 127TH STREET, ALSIP, IL 60803-3236
9551414 +LAURENCE COMPANY INC., C. R., P.O. BOX 58923, LOS ANGELES, CA 90058-0923
9551415 +LIBERTY MUTUAL INS. GROUP, P.O. BOX 0569, CAROL STREAM, IL 60132-0001
9551416 +LIFTING GEAR HIRE CORP., 7431 W. 90TH ST., BRIDGEVIEW, IL 60455-2121
9551417 +LIGHTSTAT INC., 22 W. WEST HILL ROAD, BARKHAMSTED, CT 06063-3221
9551418 LINDE GAS LLC, P.O. BOX 94737, Cleveland, OH 44101-4737
9551419 +LITGEN CONCRETE CUTTING & CORING CO., 1020 NERGE ROAD, ELK GROVE VLG, IL 60007-3216
9551413 +LaTHOMUS MECHANICAL INC, P.O. BOX 495, BARRINGTON, IL 60011-0495
9551420 +MARATHON IMAGING SUPPLIES INC., 14622 VENTURA BLVD, SUITE 1022, SHERMAN OAKS, CA 91403-3600
9551421 +MASTER MACHINE & REPAIR CORP., 6648 S. NARRAGANSETT - UNIT B, BEDFORD PARK, IL 60638-5112
9551422 +MATIS INC., P.O. BOX 1437, BRIDGEVIEW, IL 60455-0437
9551423 +MCMASTER-CARR SUPPLY COMPANY, P.O. BOX 7690, CHICAGO, IL 60680-7690
9551426 +METRO PRIMARY CARE L.L.C., 500 E. OGDEN, SUITE C, HINSDALE, IL 60521-2480
9551427 +METROLIFT INC., 679 HEARTLAND DRIVE, SUGAR GROVE, IL 60554-9594
9551428 +MI TECH AUTOMOTIVE, 13954 KILDARE AVE., CRESTWOOD, IL 60445-2357
9551429 +MID-WAY ZION BRANCH, 2502 DEBORAH AVENUE, ZION, IL 60099-2708
9551430 +MIDWEST SPECIALTY METALS INC., 9831 S. 78TH AVENUE, UNIT C, HICKORY HILLS, IL 60457-2370
9551431 +MIDWEST SUBURBAN PUBLISHING, 6901 W. 159TH STREET, TINLEY PARK, IL 60477-2328
9551432 +MINSTER MECHANICAL SALES INC., 2120 S. HALSTED ST., CHGO. HEIGHTS, IL 60411-4282
9551433 +MORONEY & CO., JOHN J., P.O. BOX 320, ARGO, IL 60501-0320
9551434 +MOTION INDUSTRIES INC., P.O. BOX 98412, CHICAGO, IL 60693-8412
9551435 +NATIONAL LIFT TRUCK INC., DEPT. 20-3016, P.O. BOX 5977, CAROL STREAM, IL 60197-5977
9551436 +NES RENTALS, P.O. BOX 8500-1226, PHILADELPHIA, PA 19178-0001
9551440 +OILIND SAFETY, 3915 E. LA SALLE STREET, PHOENIX, AZ 85040-3979
10468505 +Office of the U.S. Trustee, 227 West Monroe Ste 3350, Chicago, Il 60606-5099
9551441 +PACO CORPORATION, 9945 INDUSTRIAL DRIVE, BRIDGEVIEW, IL 60455-2494
9551442 +PETRUS INC, CRITCHELL-MILLER &, 188 INDUSTRIAL DRIVE, SUITE 428, ELMHURST, IL 60126-1612
9551443 +PHOENIX AIR CONTROL INC, 219 WILLIAM STREET, BENSENVILLE, IL 60106-3324
9551444 +PLASTIC SALES & MANUFACTURING, P.O. BOX 411125, KANSAS CITY, MO 64141-1125
9551445 +PORTER PIPE AND SUPPLY CO., 35049 EAGLE WAY, CHICAGO, IL 60678-1350
9551446 +PRAXAIR DISTRIBUTION INC., DEPT. CH 10660, PALATINE, IL 60055-0001
9551447 +PREFERRED MECHANICAL H&C INC., 260 POTEET AVENUE, INVERNESS, IL 60010-5809
9551448 +PRINT SOURCE PLUS, 12128 S WESTERN AVENUE, BLUE ISLAND, IL 60406-1328
9551449 +QUALITY CRANE SERVICE INC., P.O. BOX 1175, FRANKFORT, IL 60423-7175
9551450 +QUALITY STATIONERS INC, P.O. BOX 1430, OAK PARK, IL 60304-0430
9551452 +REMTEX INC., 11704 S. MAYFIELD AVE., ALSIP, IL 60803-3565

9551454 +RYAN'S MESSENGER SERVICE, 4459 W. 147TH ST., UNIT F, MIDLOTHIAN, IL 60445-4215
9618447 +Renette Schecthter, 17581 Cambaridge Pl, Tinley Park IL 60487-7366
9551458 S B C, Account #70837114704640, BILL PAYMENT CENTER, CHICAGO, IL 60663
9551457 S B C, Account #81546303874923, BILL PAYMENT CENTER, CHICAGO, IL 60663
9551455 +SAUNORIS', JAMES SAUNORIS & SONS INC., 6000 W. 111TH ST., CHGO. RIDGE, IL 60415-2298
9551456 +SAVAGLIO BROS. INC., 6020 N. KOSTNER, CHICAGO, IL 60646-5012
9551459 +SCHECHTER, RENETTE, 17581 CAMBRIDGE PL, TINLEY PARK, IL 60487-7366
9551460 +SHEET METAL WERKS INC., 455 E. ALGONQUIN ROAD, ARLINGTON HGTS, IL 60005-4620
9551463 +SHEET METAL WORKERS LOCAL #73, FRINGE BENEFIT FUNDS, P.O. BOX 94404, CHICAGO, IL 60690-4404
9551461 +SHELL OIL COMPANY, P.O. BOX 183019, COLUMBUS, OH 43218-3019
9551462 +SIGNS BY DESIGN, 13866 S. CICERO AVE., CRESTWOOD, IL 60445-1883
9551465 +SOUTH SIDE CONTROL SUPPLY CO, 488 N. MILWAUKEE AVENUE, CHICAGO, IL 60654-3965
9551466 +SPIDER STAGING CORPORATION, DIVISION OF SAFEWORKS-NW 5547, P.O. BOX 1450, MINNEAPOLIS, MN 55485-1450
9551467 +SPRINGER BLUE PRINT SVC INC., 10640 S. WESTERN AVE., CHICAGO, IL 60643-3134
9551437 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: NEXTEL COMMUNICATIONS, P.O. BOX 4181, CAROL STREAM, IL 60197)
9655165 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Nextel West Corp, Nextel Communications Inc, Attn: Bankruptcy, PO Box 172408, Denver, CO 80217-2408)
9551468 +STEEL SALES & SERVICES INC., Angelo J Vitiritti, 16231 Wausau Avenue, South Holland, IL 60473-2157
9551469 +SWIFT SAW & TOOL SUPPLY, 1200 W. 171ST ST., HAZELCREST, IL 60429-1905
9551470 +SYNERGY INSULATIONS, MECH. INSULATION CONTRACTORS, P.O. BOX 644, ORLAND PARK, IL 60462-0644
10656208 +Sheet Metal Worker's Local #73 and, Related Fringe Benefit Funds, 4530 Roosevelt Road, Hillside, Il 60162-2053
9729652 +Sheet Metal Workers Union Local 73, Mark A Carter, Stanley F Orszula, Adelman & Gettleman Ltd, 53 West Jackson Blvd Ste 1050, Chicago, IL 60604-3786
9551464 +Sheet Metal Workers' Natl Pension Fund, c/o Eric B Meyer Esquire, The Penn Mutual Towers 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3619
10552264 +Swift Saw & Tool Supply, 1200 W. 171st St, Hazel Crest, IL 60429-1905
9551471 +TEK MIDWEST, 22425 NETWORK PLACE, CHICAGO, IL 60673-1224
9551472 +TERRACE SUPPLY, P.O. BOX 5022, VILLA PARK, IL 60181-5022
9551473 +THREE RIVERS SAFETY COUNCIL, SUITE 101, 116 N. CHICAGO ST., JOLIET, IL 60432-4232
9551474 +TRANE COMPANY, THE, P.O. BOX 98167, CHICAGO, IL 60693-8167
9551476 +US GAS, P.O. BOX 592, WILLOW SPRINGS, IL 60480-0592
9551477 +VENT PRODUCTS CO. INC, 1901 S. KILBOURN AVENUE, CHICAGO, IL 60623-2309
9551478 +VENTFABRICS INC, 5520 NORTH LYNCH AVENUE, CHICAGO, IL 60630-1418
9551479 +VESCO INC., 840 NORTH ADDISON ST., ELMHURST, IL 60126-1292
9551480 +VILLAGE OF CRESTWOOD, 13840 S. CICERO, CRESTWOOD, IL 60445-1827
9551481 +WAGNER & COMPANY, C. C., 6401 ARCHER ROAD, SUMMIT, IL 60501-1934
9551482 +WEBSTER MECHANICAL INC., 13831 S. KOSTNER, CRESTWOOD, IL 60445-1999
9551483 +WHITE SAND ABRASIVES, 6401 W. 106TH STREET, SUITE 100, BLOOMINGTON, MN 55438-2648
9551484 +WIRTZ RENTAL COMPANY, 5707 S. ARCHER ROAD, SUMMIT, IL 60501-1348
9551485 +ZEP MANUFACTURING COMPANY, DEPT CH10697, PALATINE, IL 60055-0001
9673342 +Zep Manufacturing Company, Engel Hairston & Johanson PC, Attn Jonathan E Raulston, P O Box 11405, Birmingham, AL 35202-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9551366 +E-mail/Text: legalcollections@comed.com Nov 03 2011 01:49:04 COMED, Account #1599457003, BILL PAYMENT CENTER, CHICAGO, IL 60668-0001
9551438 +E-mail/Text: bankrup@nicor.com Nov 03 2011 01:48:35 NICOR GAS, #4-33-01-0231 2, P.O. BOX 416, AURORA, IL 60568-0001
9551453 +E-mail/Text: CustomerNoticesEast@dexknows.com Nov 03 2011 01:49:26 R.H. DONNELLEY, 5000 College Blvd, Overland Park, KS 66211-1793
TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty Fox Hefter Swibel Levin & Carroll LLP
10467556 Office of the U.S. Trustee
10468503 Office ot fhe U.S. Trustee
9551351 ##+BURKE, RICHARD E., WOLFENSEN, SCHOUTEN & BURKE, 14535 JOHN HUMPHREY DRIVE-#101, ORLAND PARK, IL 60462-6210
9551397 ##+ILLINOIS DIRECTOR OF EMPLOYMENT SECURITY, P.O. BOX 803412, U. C. TAX, CHICAGO, IL 60680-3412
9551404 ##+IN-PRINT GRAPHICS, 4845 W. 128TH STREET, ALSIP, IL 60803-3009
9551401 ##+INDUSTRIAL MACHINING CORP., 14141 S. HARRISON AVENUE, POSEN, IL 60469-1024
9551408 ##+KOMATSU FORKLIFT OF CHICAGO, P.O. BOX 30279, LOS ANGELES, CA 90030-0279
9551451 ##+RAND SUPPLY CO. INC, 12340 S. LATROBE, ALSIP, IL 60803-3211
9551475 ##+T.V.S. MECHANICAL INC., 3109 N. CICERO AVE., CHICAGO, IL 60641-5110
TOTALS: 3, * 0, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1 User: pgordon Page 4 of 4 Date Rcvd: Nov 02, 2011
Form ID: pdf006 Total Noticed: 173

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011** **Signature:** Joseph Speetjens