UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 05-26649 |
| ) | |
| WEBSTER SHEET METAL ) | Chapter: 7 |
| FABRICATORS, INC., ) | |
| ) | Honorable Carol A. Doyle |
| ) | |
| Debtor(s) ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the Second and Final Application (the "Application") of Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Webster Sheet Metal Fabricators, Inc. (the "Debtor"), for entry of an order pursuant to Sections 328, and 330 of Title 11 of the United Stated Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, for allowance and payment of fees for services rendered and for reimbursement of expenses incurred from May 1, 2010 through August 24, 2011 (the "Application Period"), the Court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Estate, its creditors and other parties-in-interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted in its entirety;

2. FHSLC is hereby allowed fees in the amount of $9,046.00 for services rendered, and reimbursement of $130.34 in expenses incurred during the Application Period in connection with the above-captioned case;

3. The Trustee is hereby authorized to pay FHSLC for actual, necessary services rendered during the Application Period in the amount of $9,046.00 and to reimburse FHSLC for actual, necessary expenses FHSLC incurred during the Application Period in the amount of $130.34;

4. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are hereby overruled on the merits; and

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Rev: 201100318_bko

Enter: *[signature]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 12/20/11

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201