AMENDED
TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-26649 CAD
Case Name: Webster Sheet Metal Fabricators
Trustee Name: N. Neville Reid

Balance on hand                              $        178,285.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000032 | General Motors Acceptance Corporation 2740 Arthur Street Roseville, MN 55113-1303 | $ 16,047.29 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | General Motors Acceptance Corporation 2740 Arthur Street Roseville, MN 55113-1303 | $ 14,841.05 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034 | General Motors Acceptance Corporation 2740 Arthur Street Roseville, MN 55113-1303 | $ 8,704.89 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038B | Illinois Dept of Employment Security 33 South State Street 9th floor Chicago, Il 60603 | $ 38,228.58 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000059 | Falls Mechanical Insulation, Inc. Julia E. Jensen 216 W. Higgins Road Park Ridge, IL 60068 | $ 44,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000064B | Department of the Treasury INTERNAL REVENUE SERVICE 230 S. Dearborn Stop 5016 CHI Chicago, IL 60604 | $ 262,225.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000066B | Department of the Treasury INTERNAL REVENUE SERVICE 230 S. Dearborn Stop 5016 CHI Chicago, IL 60604 | $ 262,225.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089B | Department of the Treasury INTERNAL REVENUE SERVICE 230 S. Dearborn Stop 5016 CHI Chicago, IL 60604 | $ 262,225.01 | $ 10,672.86 | $ 0.00 | $ 10,672.86 |
| 000091 | First Midwest Bank Aaron C Smith Lord Bissell & Brook LLP 111 South Wacker Drive Chicago, Il 60606 | $ 850,000.00 | $ 21,650.53 | $ 0.00 | $ 21,650.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 32,323.39 |
| Remaining Balance | $ | 145,962.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 43,642.61 | $ 0.00 | $ 43,642.61 |
| Trustee Expenses: N. Neville Reid | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 10,890.83 | $ 0.00 | $ 10,890.83 |
| Other: Ken Novak & Associates | $ 13,422.09 | $ 0.00 | $ 13,422.09 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 69,455.53 |
| Remaining Balance | $ | 76,507.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: FOX HEFTER SWIBEL LEVIN & CARROLL | $ 9,176.34 | $ 0.00 | $ 9,176.34 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 9,176.34 |
| Remaining Balance | $ | 67,330.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 296,268.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000038C | Illinois Dept of Employment Security<br>33 South State Street 9th floor<br>Chicago, Il 60603 | $ 70,211.70 | $ 0.00 | $ 0.00 |
| 000051 | Illinois Dept. Of Revenue Bankruptcy Unit<br>100 W. Randolph #7-400<br>Chicago, Ill 60601 | $ 9,951.58 | $ 0.00 | $ 0.00 |
| 000052 | Illinois Dept. Of Revenue Bankruptcy Unit<br>100 W. Randolph #7-400<br>Chicago, Ill 60601 | $ 485.42 | $ 0.00 | $ 0.00 |
| 000061B | Sheet Metal Workers' Natl Pension Fund<br>c/o Eric B Meyer Esquire<br>The Penn Mutual Towers 16th Floor<br>510 Walnut Street<br>Philadelphia, PA 19106 | $ 39,747.89 | $ 0.00 | $ 39,747.89 |
| 000089C | Department of the Treasury<br>INTERNAL REVENUE SERVICE<br>230 S. Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | $ 205,224.50 | $ 0.00 | $ 0.00 |
| 000092B | Sheet Metal Worker's Local #73 and<br>Related Fringe Benefit Funds<br>4530 Roosevelt Road<br>Hillside, Il 60162 | $ 27,582.80 | $ 0.00 | $ 27,582.80 |
| 000093 | Department of the Treasury<br>INTERNAL REVENUE SERVICE<br>230 S. Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | $ 10,395.25 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $ 67,330.69

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 408,358.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DP SYSTEMS INC. P.O. BOX 828 ADDISON, IL 60101 | $ 1,294.35 | $ 0.00 | $ 0.00 |
| 000005 | MID-WAY ZION BRANCH 2502 DEBORAH AVENUE ZION, IL 60099 | $ 1,977.69 | $ 0.00 | $ 0.00 |
| 000006 | WAGNER & COMPANY, C. C. 6401 ARCHER ROAD SUMMIT, IL 60501 | $ 247.05 | $ 0.00 | $ 0.00 |
| 000007 | IMPERIAL CRANE SERVICE 7500 WEST IMPERIAL DRIVE BRIDGEVIEW, IL 60455 | $ 6,157.75 | $ 0.00 | $ 0.00 |
| 000008 | SAVAGLIO BROS. INC. 6020 N. KOSTNER CHICAGO, IL 60646 | $ 353.70 | $ 0.00 | $ 0.00 |
| 000009 | CHICAGO SUBURBAN EXPRESS INC P.O. BOX 388568 CHICAGO, IL 60638 | $ 139.40 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | MASTER MACHINE & REPAIR CORP. 6648 S. NARRAGANSETT - UNIT B BEDFORD PARK, IL 60638 | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000015 | VENTFABRICS INC 5520 NORTH LYNCH AVENUE CHICAGO, IL 60630 | $ 277.64 | $ 0.00 | $ 0.00 |
| 000016 | Ford Motor Credit Company P.O. Box 55000 Detroit, MI 48255-0953 | $ 8,063.66 | $ 0.00 | $ 0.00 |
| 000017 | Ford Motor Credit Company P.O. Box 55000 Detroit, MI 48255-0953 | $ 19,363.30 | $ 0.00 | $ 0.00 |
| 000018 | WIRTZ RENTAL COMPANY 5707 S. ARCHER ROAD SUMMIT, IL 60501 | $ 1,178.65 | $ 0.00 | $ 0.00 |
| 000019 | MCMASTER-CARR SUPPLY COMPANY P.O. BOX 7690 CHICAGO, IL 60680 | $ 6,381.77 | $ 0.00 | $ 0.00 |
| 000020 | HOLLAND APPLIED TECHNOLOGIES 7050 HIGH GROVE BLVD BURR RIDGE, IL 60521 | $ 1,849.08 | $ 0.00 | $ 0.00 |
| 000021 | SPRINGER BLUE PRINT SVC INC. 10640 S. WESTERN AVE. CHICAGO, IL 60643 | $ 1,260.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Hagerty Steel & Aluminum Co<br>Pob 8130<br>E Peoria IL 61611 | $ 24,199.21 | $ 0.00 | $ 0.00 |
| 000024 | VESCO INC.<br>840 NORTH ADDISON ST.<br>ELMHURST, IL 60126 | $ 2,810.00 | $ 0.00 | $ 0.00 |
| 000025 | GREAT LAKES METALS CORPORATION<br>8920 S. OCTAVIA AVE.<br>BRIDGEVIEW, IL 60455 | $ 559.77 | $ 0.00 | $ 0.00 |
| 000026 | Nextel West Corp<br>Nextel Communications Inc<br>Attn: Bankruptcy<br>PO Box 172408<br>Denver, CO 80217-2408 | $ 4,877.15 | $ 0.00 | $ 0.00 |
| 000027 | DANIELS PRINTING & OFFICE SUPPLY<br>14800 S. CICERO AVE.<br>OAK FOREST, IL 60452 | $ 161.48 | $ 0.00 | $ 0.00 |
| 000028 | R.H. DONNELLEY<br>5000 College Blvd<br>Overland Park, KS 66211 | $ 212.86 | $ 0.00 | $ 0.00 |
| 000030 | Zep Manufacturing Company<br>Engel Hairston & Johanson PC<br>Attn Jonathan E Raulston<br>P O Box 11405<br>Birmingham, AL 35202 | $ 166.94 | $ 0.00 | $ 0.00 |
| 000031 | INTERSTATE SCAFFOLDING INC.<br>DEPT. 77 - 5183<br>CHICAGO, IL 60678 | $ 10,800.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Citibank USA NA dba OFFICEMAX<br>P O Box 9025<br>DES MOINES, IA 50368 | $ 1,221.52 | $ 0.00 | $ 0.00 |
| 000036 | INDUSTRIAL TRADE SUPPLY INC.<br>6415 INDEPENDENCE AVENUE<br>WOODLAND HILLS, CA 91367 | $ 1,174.43 | $ 0.00 | $ 0.00 |
| 000037 | LINDE GAS LLC<br>P.O. BOX 94737<br>Cleveland, OH 44101-4737 | $ 439.58 | $ 0.00 | $ 0.00 |
| 000039 | FLASH FAB<br>9362 DUNMURRY DRIVE<br>ORLAND PARK, IL 60462 | $ 1,860.00 | $ 0.00 | $ 0.00 |
| 000040 | Citibank USA NA<br>Assoc BP Amoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $ 1,929.96 | $ 0.00 | $ 0.00 |
| 000042 | Citibank USA NA<br>Assoc Shell Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $ 8,414.78 | $ 0.00 | $ 0.00 |
| 000043 | WHITE SAND ABRASIVES<br>6401 W. 106TH STREET SUITE 100<br>BLOOMINGTON, MN 55438 | $ 1,600.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000044 | PLASTIC SALES & MANUFACTURING<br>P.O. BOX 411125<br>KANSAS CITY, MO 64141 | $ 4,287.03 | $ 0.00 | $ 0.00 |
| 000045 | INSTRUMENT ASSOC. INC.<br>4833 W. 128TH PLACE<br>ALSIP, IL 60803 | $ 1,300.31 | $ 0.00 | $ 0.00 |
| 000047 | AFCO Credit Corporation<br>P O Box 8440<br>Kansas City, Mo 64114-0440 | $ 13,568.06 | $ 0.00 | $ 0.00 |
| 000048 | HOUSE OF SAFETY INC., THE<br>4416 W. DIVERSEY AVENUE<br>CHICAGO, IL 60639 | $ 964.76 | $ 0.00 | $ 0.00 |
| 000049 | Cingular Wireless<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $ 408.62 | $ 0.00 | $ 0.00 |
| 000053 | VENT PRODUCTS CO. INC<br>1901 S. KILBOURN AVENUE<br>CHICAGO, IL 60623 | $ 2,514.85 | $ 0.00 | $ 0.00 |
| 000054 | CLEATS MANUFACTURING COMPANY<br>1855 S. KILBOURN AVENUE<br>CHICAGO, IL 60623 | $ 7,503.00 | $ 0.00 | $ 0.00 |
| 000055 | TEK MIDWEST<br>22425 NETWORK PLACE<br>CHICAGO, IL 60673 | $ 1,146.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000056 | LA GRANGE CRANE SERVICE INC. 6180 RIVER ROAD HODGKINS, IL 60525 | $ 8,080.00 | $ 0.00 | $ 0.00 |
| 000057 | American Express Travel Related Svcs Co Inc Corp Card c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | $ 5,728.28 | $ 0.00 | $ 0.00 |
| 000061A | Sheet Metal Workers' Natl Pension Fund c/o Eric B Meyer Esquire The Penn Mutual Towers 16th Floor 510 Walnut Street Philadelphia, PA 19106 | $ 11,169.75 | $ 0.00 | $ 0.00 |
| 000062 | CHICAGO OFFICE PRODUCTS CO. 9710 INDUSTRIAL DRIVE BRIDGEVIEW, IL 60455 | $ 1,145.35 | $ 0.00 | $ 0.00 |
| 000063 | ELECTRICAL FASTENERS COMPANY 7613 WEST 100TH PLACE BRIDGEVIEW, IL 60455 | $ 4,807.85 | $ 0.00 | $ 0.00 |
| 000065 | PHOENIX AIR CONTROL INC 219 WILLIAM STREET BENSENVILLE, IL 60106 | $ 5,277.00 | $ 0.00 | $ 0.00 |
| 000067 | SCHECHTER, RENETTE 17581 CAMBRIDGE PL TINLEY PARK, IL 60477 | $ 1,300.00 | $ 0.00 | $ 0.00 |
| 000068 | Swift Saw & Tool Supply 1200 W. 171st St Hazel Crest, IL 60429 | $ 199.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000069 | OILIND SAFETY<br>3915 E. LA SALLE STREET<br>PHOENIX, AZ 85040 | $ 385.98 | $ 0.00 | $ 0.00 |
| 000070 | SOUTH SIDE CONTROL SUPPLY CO<br>488 N. MILWAUKEE AVENUE<br>CHICAGO, IL 60610 | $ 851.81 | $ 0.00 | $ 0.00 |
| 000071 | PACO CORPORATION<br>9945 INDUSTRIAL DRIVE<br>BRIDGEVIEW, IL 60455 | $ 2,008.00 | $ 0.00 | $ 0.00 |
| 000072 | NES RENTALS<br>P.O. BOX 8500-1226<br>PHILADELPHIA, PA 19178 | $ 4,015.40 | $ 0.00 | $ 0.00 |
| 000073 | EXCALIBUR REFRESHMENT CONCEPTS INC.<br>8164 S. MADISON ST.<br>BURR RIDGE, IL 60527 | $ 734.25 | $ 0.00 | $ 0.00 |
| 000074 | LITGEN CONCRETE CUTTING & CORING CO.<br>1020 NERGE ROAD<br>ELK GROVE VLG, IL 60007 | $ 2,450.00 | $ 0.00 | $ 0.00 |
| 000075 | MORONEY & CO., JOHN J.<br>P.O. BOX 320<br>ARGO, IL 60501 | $ 1,279.09 | $ 0.00 | $ 0.00 |
| 000076 | LAURENCE COMPANY INC., C. R.<br>P.O. BOX 58923<br>LOS ANGELES, CA 90058 | $ 571.40 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000077 | Groen Waste Services<br>13701 S. Kostner Ave.<br>Crestwood, IL 60445 | $ 593.14 | $ 0.00 | $ 0.00 |
| 000078 | MIDWEST SPECIALTY METALS INC.<br>9831 S. 78TH AVENUE UNIT C<br>HICKORY HILLS, IL 60457 | $ 2,154.66 | $ 0.00 | $ 0.00 |
| 000079 | THREE RIVERS SAFETY COUNCIL<br>SUITE 101<br>116 N. CHICAGO ST.<br>JOLIET, IL 60432 | $ 318.00 | $ 0.00 | $ 0.00 |
| 000080 | AMERICAN PRECISION SUPPLY<br>260 INDUSTRIAL DRIVE<br>SUITE A<br>HAMPSHIRE, IL 60140 | $ 4,451.16 | $ 0.00 | $ 0.00 |
| 000081 | COLUMBIA PIPE & SUPPLY CO.<br>1120 W Pershing Rd<br>Attn Jim Welser<br>Chicago, IL 60609-1463 | $ 3,616.99 | $ 0.00 | $ 0.00 |
| 000082 | MIDWEST SUBURBAN PUBLISHING<br>6901 W. 159TH STREET<br>TINLEY PARK, IL 60477 | $ 227.80 | $ 0.00 | $ 0.00 |
| 000083 | QUALITY CRANE SERVICE INC.<br>P.O. BOX 1175<br>FRANKFORT, IL 60423 | $ 540.00 | $ 0.00 | $ 0.00 |
| 000084 | TERRACE SUPPLY<br>P.O. BOX 5022<br>VILLA PARK, IL 60181 | $ 3,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000085 | STEEL SALES & SERVICES INC. Angelo J Vitiritti 16231 Wausau Avenue South Holland, IL 60473 | $ 66,541.10 | $ 0.00 | $ 0.00 |
| 000086 | CONTROL'D ENGINEERING SUPPLY P.O. BOX 2474 GLEN ELLYN, IL 60138 | $ 407.79 | $ 0.00 | $ 0.00 |
| 000090 | Employers Mutual Casualty Company Leo & Weber PC One N Lasalle Street Ste 3600 Chicago, IL 60602 | $ 43,795.94 | $ 0.00 | $ 0.00 |
| 000092A | Sheet Metal Worker's Local #73 and Related Fringe Benefit Funds 4530 Roosevelt Road Hillside, Il 60162 | $ 87,543.18 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 27,960.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000038A | Illinois Dept of Employment Security<br>33 South State Street 9th floor<br>Chicago, Il 60603 | $ 280.00 | $ 0.00 | $ 0.00 |
| 000089A | Department of the Treasury<br>INTERNAL REVENUE SERVICE<br>230 S. Dearborn<br>Stop 5016 CHI<br>Chicago, IL 60604 | $ 27,680.70 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |